IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: DOUGLAS L. MICKO |
| | U.S. Magistrate Judge |
| v. | Case No: 24-cr-15 NEB/TNL |
| | Date: March 7, 2024 |
| Gandi Yusuf Mohamed (7), | Courthouse: St. Paul |
| | Courtroom: 6B |
| Defendant, | Time Commenced: 1:34 p.m./1:44 p.m. |
| | Time Concluded: 1:43 p.m./1:49 p.m. |
| | Time in Court: 14 minutes |

**True Name if different from charging instrument:** Gandi Abdi Kediye
X **Clerk of Court is directed to change the name to:** Gandi Abdi Kediye

APPEARANCES:

   Plaintiff: Matthew Murphy, Assistant U.S. Attorney
   Defendant: Steven Wright
      X Retained

Date Charges Filed: 1/24/2024       Offense: Wire fraud and money laundering; conspiracy to commit wire fraud and money laundering.

X Advised of Rights

On X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

_s/Ashley Nelson_____
Signature of Courtroom Deputy

M:\templates\Initial Appearance.wpt                                              Template Updated 06/2013