# Exhibit A

# Grand Jury Transcript

1

1   UNITED STATES OF AMERICA     )
                                 )
2   DISTRICT OF MINNESOTA        )

3

4            BEFORE A GRAND JURY OF THE UNITED STATES

5                 FOR THE DISTRICT OF MINNESOTA

6

7   TESTIMONY OF:

8

9                     TRAVIS WILMER

10

11            The following is a transcript of the

12   testimony of the above witness before a United States

13   Grand Jury for the District of Minnesota on this 24th

14   day of January, 2024, in the United States Courthouse

15   at Minneapolis, Minnesota, commencing at 1:58 P.M.

16

17   APPEARANCES:

18
                          H. M. JACOBS
19                        J.H. THOMPSON
                          M.C. MURPHY
20            ASSISTANT UNITED STATES ATTORNEYS

21

22                     MARI A. SKALICKY
                      WEST COURT REPORTING
23                   HUTCHINSON, MINNESOTA
                         612-210-4267
24

25

                    WEST COURT REPORTING

2

```
 1                                    Wednesday
                                      January 24, 2024
 2                                    1:58 P.M.
 3    Whereupon,
 4                        TRAVIS WILMER,
 5    called as a witness herein, having been first duly
 6    sworn by the Foreperson of the Grand Jury, was
 7    examined and testified as follows:
 8                   THE FOREPERSON:  Would you please state
 9    and spell your name for the court reporter, and when
10    you do, please speak loudly enough so the people in
11    the back of the room can hear you.
12                   THE WITNESS:  Travis Wilmer.
13    T-R-A-V-I-S.  W-I-L-M-E-R.
14
15                        EXAMINATION
16    BY MR. THOMPSON:
17      Q  Good afternoon, Agent Wilmer.
18      A  Good afternoon.
19      Q  Welcome back.
20      A  Good to be here.
21      Q  Again, can you remind the Grand Jury what it is
22    you do for a living?
23      A  I'm a special agent with the FBI located in the
24    Minneapolis field office.
25      Q  And you investigate public corruption, civil
```

WEST COURT REPORTING

GJM-00006048

3

1   rights, and fraud against government cases; is that

2   right?

3   A   That is correct.

4   Q   And have you been involved in the ongoing

5   investigation into Feeding our Future and individuals

6   that were sponsored by Feeding our Future in the

7   Federal Child Nutrition Program?

8   A   Yes, I have.

9   Q   What was your role in that investigation?

10  A   I'm one of the case agents for that

11  investigation.

12  Q   Now, the Grand Jury has heard you testify at some

13  length about the nature of that investigation; is that

14  right?

15  A   That is correct.

16  Q   Here this afternoon, you're going to testify

17  about one group of individuals that were involved in

18  the fraud scheme; is that right?

19  A   That is correct.

20  Q   And one of those individuals was actually a

21  consultant who worked at Feeding our Future; is that

22  right?

23  A   That's correct.

24  Q   What is her name?

25  A   Ikram Mohamed.

WEST COURT REPORTING

Ex. A, GJ Trans., at 3

4

1    Q    Ikram Yusuf Mohamed; is that correct?

2    A    Correct.

3    Q    What was her position or role at -- relationship

4    with Feeding our Future?

5    A    According to several people that we have spoken

6    to as part of this investigation, Ikram worked at

7    Feeding our Future, as her title was a consultant.

8    And she was also a very close friend of Aimee Bock who

9    was the founder and executive for Feeding our Future.

10    Q    Now, during the investigation, did you and the

11    rest of the investigative team learn some information

12    about Ikram Yusuf Mohamed?

13    A    Yes, we did.

14    Q    Just generally, what did you hear about her?

15    A    We were told by multiple people that she received

16    payments, bribes and kickbacks from individuals and

17    entities that were involved in the food program.

18    Q    And one of the people that told you and your

19    colleagues about Ikram Mohamed and her role in the

20    scheme was another employee consultant for Feeding our

21    Future; is that right?

22    A    That is correct.

23    Q    And this is someone who has actually pled guilty

24    for his role in the scheme, correct?

25    A    Correct.

WEST COURT REPORTING

Ex. A, GJ Trans., at 4

5

```
1    Q  And generally what did he do?
2    A  He was an employee of Feeding our Future, was
3  responsible for enrolling and overseeing sites within
4  the program.
5            In that capacity, he also had several
6  sites of his own and received payments and kickbacks
7  from other individuals and entities that participated
8  in the program.
9    Q  And generally, what did he tell you and your
10  colleagues about Ikram Mohamed?
11    A  That she received numerous payments, bribes and
12  kickbacks from entities and individuals involved in
13  the program.  These included cash payments as well as
14  other payments that were disguised and concealed so
15  there would not be obvious kickbacks to her.
16    Q  And did this cooperating defendant explain that
17  Ikram Mohamed also had sites that she had opened up in
18  the name of family members and associates?
19    A  That is correct.
20    Q  So I would like to talk about that.  Okay.  You
21  have a copy of the Indictment in front of you; is that
22  right?
23    A  I do.
24    Q  Direct your attention to page 8 of the
25  Indictment, and we'll walk through it a little bit.
```

WEST COURT REPORTING

GJM-00006048

6

1  Okay?

2    A   Sounds good.

3    Q   Now, first starting on page 8, there is a series

4  of paragraphs that are under the header Manner and

5  Means of the Conspiracy.  Is that right?

6    A   That is correct.

7    Q   Can you generally explain for the Grand Jury how

8  this conspiracy that Ikram Mohamed was at the head of

9  worked?

10    A   So Ikram had an entity known as IA Consultation

11  LLC, and then she had family members which included

12  mother and siblings and husband.  They opened four

13  sites as well as a vendor.

14            Those sites then submitted claims

15  through sponsorship of Feeding our Future, purporting

16  to provide millions of meals here in Minnesota during

17  the COVID time frame, if you will, 2020 through

18  beginning of 2022.

19            For those purported meals served, the

20  sites and the vendor which was supposedly providing

21  actual food which was being handed out at those sites

22  received millions of dollars in reimbursement funds

23  from Feeding our Future for those claims.  Those sites

24  and vendors then provided numerous payments to IM

25  Consultation for supposedly consulting, which was a

WEST COURT REPORTING

7

1   way to get money back to Ikram Mohamed.

2    Q   Starting on page 10 of the Indictment, it

3   discusses some of the sites that were started.  And

4   one of them is a company called United Youth of

5   Minneapolis; is that right?

6    A   That is correct.

7    Q   And United Youth of Minneapolis was a company

8   that was registered on or about December 8th of 2020;

9   is that right?

10   A   That is correct.

11   Q   And that was registered by a woman named Aisha

12  Hassan Hussein; is that right?

13   A   That is correct.

14   Q   And Ms. Hussein is Ikram Mohamed's sister; is

15  that correct?

16   A   That is correct.

17   Q   One day after Aisha Hassan Hussein registered the

18  company with the Minnesota Secretary of State, she and

19  Aimee Bock completed an application to enroll United

20  Youth in the Federal Child Nutrition Program; is that

21  right?

22   A   Yes, it is.

23   Q   And that was under the sponsorship of Feeding our

24  Future?

25   A   Correct.

WEST COURT REPORTING

8

1    Q   Now, when they first submitted this site, the

2    Department of Education actually pushed back against

3    it; is that right?

4    A   It did.

5    Q   And it was one of a number of sites that Feeding

6    our Future had applied to open during this time frame;

7    is that right?

8    A   That is correct.

9    Q   And among other things, in an email on February

10   12, 2021, an employee of the Department of Education

11   pointed out that another sponsor had already requested

12   a site ID for two of the addresses at which United

13   Youth claimed to be operating sites; is that right?

14   A   That is correct.

15   Q   Now, Aimee Bock responded to that email; is that

16   right?

17   A   Yes, she did.

18   Q   And she claimed that many of the sites were

19   located in large apartment complexes, mosques and

20   churches and it was common for those sites to borrow

21   their space or lend out their space to multiple

22   different organizations; is that right?

23   A   That is what she said.

24   Q   About a week later on February 24th, Ikram

25   Mohamed's brother, Gandi Yusuf Mohamed, sent an email

WEST COURT REPORTING

9

1    to Aimee Bock; is that right?

2       A    That is correct.

3       Q    And it was on this general topic?

4       A    Correct.

5       Q    And specifically he said that he owned the

6    building at which United Youth operated, and he

7    claimed that he was renting out other portions of that

8    building to other organizations; is that correct?

9       A    That is correct.

10      Q    Did that email appear to address MDE's concerns

11   about multiple sites, food sites being located at the

12   same address?

13      A    That seemed to be the purpose of it.

14      Q    In the wake of that email, did the State

15   Department of Education grant the site application for

16   United Youth?

17      A    They did.

18      Q    Almost immediately, Aisha Hassan Hussein was

19   signing and submitting meal counts; is that right?

20      A    That is correct.

21      Q    And these were meal counts claiming that United

22   Youth was serving meals to over a thousand children a

23   day?

24      A    Correct.

25      Q    In fact, she signed meal count sheets claiming

WEST COURT REPORTING

10

1    that the United Youth site served two meals a day to

2    more than 1,200 children in February of 2021?

3        A    That is correct.

4        Q    That's more than 1,200 children a day; is that

5    correct?

6        A    Correct.

7        Q    Month after month they continued to submit meal

8    count claims for the United Youth site; is that

9    correct?

10       A    Yes, they did.

11       Q    By May of 2021, just a few months after the

12    company was formed, they claimed to be serving both

13    supper and a snack to 2,632 children a day?

14       A    That's correct.

15       Q    Every day?

16       A    Every day.

17       Q    Did they support or submit any documentation in

18    support of these claims?

19       A    They did.

20       Q    Generally, what kind of documentation?

21       A    In addition to the meal count showing the number

22    of meals purportedly served, also invoices to a vendor

23    who is purportedly providing these meals that were

24    then passed out, and also rosters documenting the

25    specific children's names of those who are receiving

WEST COURT REPORTING

GJM-00006048

1   these meals.

2      Q   These invoices, you talked about invoices like

3   this during your earlier testimony; is that correct?

4      A   That is correct.

5      Q   These were invoices purporting to document the

6   purchase of food by United Youth to be used presumably

7   to feed the children at their sites; is that

8   correct?

9      A   That is correct.

10     Q   Now here, who did the food vendor, United Youth,

11  purport to be buying food from?

12     A   Star Distribution LLC.

13     Q   And who owned Star Distribution LLC?

14     A   Another sibling of Gandi and Ikram Mohamed.  A

15  brother.

16     Q   Did they also submit rosters purporting to list

17  the names and ages of the children receiving the meals

18  at their food site?

19     A   They did.

20     Q   Were you able to do any investigation of the

21  legitimacy of those rosters?

22     A   Yes.  We have begun the comparison of those,

23  similar to what we've done for many of these sites in

24  this case.  We take these rosters which list specific

25  children's names and ages of those purportedly

12

1   receiving the meals and compare them with registered

2   students for the corresponding school district of that

3   area.

4              You would assume that -- fair assumption

5   that while not every single children in that area

6   would be a registered student of the public school

7   district, but the vast majority would.  We would find

8   time and time again that there is a very, very little

9   overlap, usually single-digit percentage of students

10  on the roster submitted in support of the claims and

11  students who are registered students in that school

12  district for that same time period.

13             And that in that comparison, we do allow

14  for if the age is off by a year or maybe the name is

15  misspelled by a letter or two, understanding that

16  there could be some typos in there.  Even with those

17  allowances and considerations, it still is always a

18  small number usually in single-digit percentages.

19  Q   Rosters are fake?

20  A   They appear to be fake.

21  Q   Now, in all, Aisha Hassan Hussein and her

22  co-conspirators claim to have served more than 1.3

23  million meals to children at the United Youth sites

24  between December of 2020 and November 2021; is that

25  right?

GJM-00006048

13

1    A   That is correct.

2    Q   And based on those claims, fraudulent claims,

3    Feeding our Future paid approximately $2.2 million to

4    United Youth and another $2.8 million to related

5    entities for meals purportedly served at the United

6    Youth site; is that right?

7    A   That is correct.

8    Q   And that represented 99.5 percent of the total

9    deposits into the United Youth of Minneapolis bank

10   account?

11   A   That is correct.

12   Q   Is that of any significance to you as a financial

13   investigator?

14   A   Yes, it is.

15   Q   Could you generally describe what kind of

16   significance that has to you?

17   A   In a legitimate business, you would not expect to

18   see deposits from one sole entity.  There would be

19   lots of, you know, looking at other similar

20   organizations that were operating legitimately, you

21   would see numerous transactions for daily

22   expenditures, as well as deposits coming from multiple

23   sources.

24   Q   Now, you also looked at not just the deposits

25   into the United Youth account but also the uses of

WEST COURT REPORTING

14

1  that money; is that correct?

2    A  That is correct.

3    Q  Was it significant to you what you found?

4    A  It was.

5    Q  Generally, what would you expect to find in a

6  company like this?

7    A  Again, a large number of transactions, including

8  small daily transactions as well as expenditures to

9  multiple sources to cover all of the food and

10  supplies.  For an operation providing this number of

11  meals, you would also expect a high number of staff.

12  You can imagine providing millions of meals a day, a

13  large footprint, both staff and capital resources, all

14  of which would come with expenditures associated with

15  it.

16    Q  I take it, that's not what you found when you

17  looked at the United Youth bank accounts?

18    A  It is not.

19    Q  Instead, did the bank records show that Aisha

20  Hassan Hussein who is the sole signatory on the

21  account; is that correct --

22    A  That is correct.

23    Q  -- that she transferred more than $1.6 million to

24  Star Distribution?

25    A  That is correct.

WEST COURT REPORTING

Ex. A, GJ Trans., at 14

GJM-00006048

1    Q   And that's the company that was created and owned

2    by Ikram Mohamed's brother?

3    A   Correct.

4    Q   She also transferred approximately $166,000 to IM

5    Consultation?

6    A   Correct.

7    Q   Could you remind the Grand Jury what IM

8    Consultation is?

9    A   That is the company created by Ikram Mohamed to

10   receive kickback payments from participating

11   individuals and entities in the food program.

12   Q   Let's talk about another company.  This is on

13   page 12 of the Indictment, if you're following along

14   at home.  This is a, starting on page 12, the

15   Indictment talks about a company called Youth

16   International Club; is that right?

17   A   That is correct.

18   Q   And what is Youth International Club?

19   A   Youth International Club is an entity that

20   registered to operate two food sites within the

21   Federal Child Nutrition Program under the sponsorship

22   of Feeding our Future.  They applied for more than

23   that, but ultimately were allowed two food sites.  And

24   it was controlled and operated by Sahra Sharif Osman.

25   Q   And the company was registered with the Minnesota

WEST COURT REPORTING

16

1   Secretary of State on or about January 30th of 2021;

2   is that correct?

3      A   That is correct.

4      Q   And Sahra Sharif Osman became the registered

5   agent a few weeks later on or about February 19th of

6   2021?

7      A   That's correct.

8      Q   About two weeks later on March 1st, 2021, Sahra

9   Sharif Osman and Aimee Bock applied to enroll the

10   company, Youth International Club, in the Federal

11   Child Nutrition Program; is that correct?

12      A   That is correct.

13      Q   That was under the sponsorship of Feeding our

14   Future?

15      A   Yes, it was.

16      Q   And according to their application, they intended

17   to operate food sites in Hopkins, Eden Prairie, Edina,

18   and Minnetonka?

19      A   Correct.

20      Q   Beginning in March of 2021, right at the time

21   they were submitting these claims, did Sahra Sharif

22   Osman and her co-defendants begin claiming they were

23   serving meals to 1,300 children a day, seven days a

24   week at their site in Hopkins?

25      A   That is correct.

Ex. A, GJ Trans., at 16

17

1    Q   Throw the Grand Jury up on -- the Indictment up

2    on the board.   Paragraph 47 has an image of one of

3    those meal count sheets; is that right?

4    A   That is correct.

5    Q   In June of 2021, Sahra Sharif Osman signed meal

6    count sheets for both the Youth International Club's

7    sites in Hopkins and in Edina; is that correct?

8    A   That is correct.

9    Q   And the meal count sheets claim that the company

10   was serving both supper and a snack to 2,700 children

11   a day in Hopkins, and another 2,200 children a day in

12   Edina.  Is that correct?

13   A   Yes, it is.

14   Q   Did they submit any documentation besides the

15   meal count sheets in support of these claims?

16   A   They did.  In addition to the meal count sheets,

17   they submitted invoices, rosters, also in support of

18   purported thousands of meals being served daily to

19   children for both sites.

20   Q   Did you take a look at those invoices and those

21   rosters that were submitted in support of these

22   claims?

23   A   We did.

24   Q   And what was your take-away when you looked at

25   them?

18

1    A   Similar to what we discussed with the previous
2  site, the roster appeared to be fake in comparison to
3  legitimate children registered in the school
4  districts.   And the invoices appeared to be fabricated
5  or dramatically increased beyond reasonable
6  expectations for the dollar amounts behind them.
7    Q   In fact, those invoices came, once again, from
8  Star Distribution?
9    A   That is correct.
10    Q   That was the food vendor company created by Ikram
11  Mohamed's brother, Suleman Yusuf Mohamed; is that
12  correct?
13    A   That is correct.
14    Q   Now, based on these claims or the defendants,
15  they fraudulently claim to have served nearly 700,000
16  meals at the Youth International sites between March
17  and November of 2021.   Is that correct?
18    A   Yes, it is.
19    Q   Based on those claims, they received more than
20  $1.4 million in federal child nutrition program funds
21  from Feeding our Future?
22    A   Correct.
23    Q   That represented more than 99 percent of the
24  total deposits to Youth International Club's bank
25  account; is that right?

WEST COURT REPORTING

Ex. A, GJ Trans., at 18

GJM-00006048

19

1    A   Yes, it is.

2    Q   Was that significant to you when you looked at

3  it?

4    A   Yes, it is.

5    Q   How so?

6    A   Again, that does not match with what you would

7  expect to find from a legitimate business operating in

8  a food restaurant space.

9    Q   Now, Sahra Sharif Osman was the sole signatory on

10  the Youth International Club account; is that right?

11    A   Yes, she was.

12    Q   And the bank records show that the bulk of the

13  money that the company received was sent to

14  co-conspirators; is that correct?

15    A   Yes, it is.

16    Q   Including more than $700,000 to Star

17  Distribution; is that correct?

18    A   Correct.

19    Q   Did the bank records show that Sahra Sharif Osman

20  also paid $7,500 to IM Consultation?

21    A   Yes, they did.

22    Q   That's the shell company created by Ikram

23  Mohamed?

24    A   That is correct.

25    Q   And used to receive kickback payments and fraud

WEST COURT REPORTING

Ex. A, GJ Trans., at 19

GJM-00006048

20

1  proceeds?

2    A   Correct.

3    Q   Thank you.

4              All right.  Starting on page 15, there

5  is another entity, it's called Inspiring Youth and

6  Outreach LLC; is that correct?

7    A   That is correct.

8    Q   Who founded Inspiring Youth and Outreach LLC?

9    A   Shakur Abdinur Abdisalam, who was Ikram Mohamed's

10  husband.

11   Q   He registered the company or on about February

12  2nd of 2021?

13   A   That is correct.

14   Q   And if I'm remembering correctly, that's two or

15  three days after they founded a company we were just

16  looking at; is that right?

17   A   I believe that is correct.  Shortly thereafter.

18   Q   Youth International Club was founded on January

19  30th?

20   A   Yes.

21   Q   So a couple days later?

22   A   Correct.

23   Q   The day after founding the company or registering

24  it with the Secretary of State, they, Shakur Abdinur

25  Abdisalam, Ikram Mohamed's husband, and Aimee Bock

WEST COURT REPORTING

Ex. A, GJ Trans., at 20

1  applied to enroll the company in the Federal Child

2  Nutrition Program?

3     A   That is correct.

4     Q   That was again under the sponsorship of Feeding

5  our Future?

6     A   It was.

7     Q   And the site address was located at the same

8  address in North Minneapolis, as the site purportedly

9  operated by United Youth?

10    A   That is correct.

11    Q   United Youth is a company that was owned by

12  Shakur Abdinur Abdisalam's sister-in-law?

13    A   Correct.

14    Q   Aisha Hassan Hussein; is that correct?

15    A   Yes, it is.

16    Q   Almost immediately, they began submitting claims

17  that the company was serving meals to more than one

18  thousand children a day?

19    A   Yes, they did.

20    Q   In March of 2021, for example, Shakur Abdinur

21  Abdisalam signed meal count sheets claiming that

22  Inspiring Youth served supper and a snack to more than

23  1,500 children a day, seven days a week; is that

24  correct?

25    A   Yes, it is.

22

1    Q   And the meal count sheets looked quite similar to

2    the others; is that correct?

3    A   Yes, they did.

4    Q   Just so the Grand Jury -- I think they can see

5    them here -- but these meal counts on their face, do

6    they strike you as suspicious?

7    A   They do.

8    Q   How so?

9    A   They have the exact same number of meals prepared

10   and served every single day without fluctuation for

11   variance.

12   Q   This is number per served to children.  1,568

13   every single day.  It's a lot of kids?

14   A   It's a lot of kids.  And any of us who have

15   experience with schools or businesses know that having

16   a consistent number of exactly the same number of kids

17   every single day, day after day, that large a number

18   is exceedingly rare.

19   Q   Because kids get sick?

20   A   Kids get sick, go out of town, have things to do.

21   Q   Now this all happened -- this was in March of

22   2021?

23   A   That is correct.

24   Q   Were absentee rates higher or lower in March of

25   2021?

23

1    A   Significantly higher than historical.

2    Q   Why is that?

3    A   COVID pandemic was roughly a year, that began to

4    affect a lot of us in this country and caused many

5    people to change their daily routines.

6    Q   In March of 2021 were kids getting vaccinated?

7    A   Was not widespread.

8    Q   So I guess as an agent and a person, you would

9    expect some kids to be absent some days?

10   A   You would.

11   Q   Is that what Shakur Abdinur Abdisalam and his

12   co-conspirators were showing on their meal count

13   claims?

14   A   No, they were not.

15   Q   Did they support any documentation of their

16   suspicious claims?

17   A   They did.  In addition to the meal count sheets,

18   they included invoices and rosters to support their

19   claims that were submitted.

20   Q   And these invoice purporting to document the

21   purchase of foods to be served to children, where did

22   they come from?

23   A   Star Distribution.

24   Q   That is owned by Ikram Mohamed's brother?

25   A   That is correct.

WEST COURT REPORTING

Ex. A, GJ Trans., at 23

24

1    Q   Which would be Shakur Abdisalam's

2   brother-in-law?

3    A   That is correct.

4    Q   They also submitted rosters of children, the

5   names of children and ages receiving food at the

6   sites?

7    A   That is correct.

8    Q   Did you take a look at those?

9    A   We did.  And similar to the other ones, we found

10   that they appeared to be fake.

11   Q   All right.  In all, Shakur Abdinur Abdisalam

12   Inspiring Youth site claimed to have served more than

13   one million meals to children between February and

14   November of 2021; is that right?

15   A   That is correct.

16   Q   And based on those claims, his company received

17   more than $1.5 million in Federal Child Nutrition

18   Program Funds?

19   A   That is correct.

20   Q   That was all of the deposits into that bank

21   account, except for a $100 initial deposit; is that

22   correct?

23   A   That is correct.

24   Q   Is that odd to you?

25   A   It is.

WEST COURT REPORTING

Ex. A, GJ Trans., at 24

25

1    Q    More than one million dollars of that 1.5 was

2    transferred to Star Distribution; is that right?

3    A    That is correct.

4    Q    The food vendor company owned by his

5    brother-in-law?

6    A    Correct.

7    Q    He also sent $70,000 to GIF Properties LLC; is

8    that correct?

9    A    That is correct.

10   Q    And who owns GIF Properties LLC?

11   A    Gandi Yusuf Mohamed, who is his other

12   brother-in-law.

13   Q    Now, Shakur Abdinur Abdisalam also sent money to

14   other entities that were involved in obtaining

15   fraudulent Federal Child Nutrition Program funds; is

16   that right?

17   A    That is correct.

18   Q    And that includes approximately $169,000 to

19   Afrique Hospitality Group?

20   A    It does.

21   Q    What's Afrique Hospitality Group?

22   A    It's a company operated by Mukhtar Shariff who

23   was previously charged for his role in this fraud

24   scheme.

25   Q    Among other things, he's alleged to have used

WEST COURT REPORTING

26

1    Afrique Hospitality Group to receive and launder the
2    proceeds of the fraud scheme?
3      A   That is.
4      Q   And to sell fraudulent invoices to entities
5    involved in the scheme?
6      A   Correct.
7      Q   Invoices that purport to document the purchase of
8    food to be served to children?
9      A   Correct.
10     Q   Shakur Abdisalam also sent approximately $37 to a
11    company called S&S Catering; is that correct?
12     A   $37,000 to S&S Catering.
13     Q   What's S&S Catering?
14     A   That is a purported food vendor who operated
15    within the Federal Child Nutrition Program purportedly
16    serving thousands of meals to sites which were then
17    distributed to children.  However, we have found,
18    similar to these sites, that these were fraudulent
19    claims, and the operators of S&S Catering have been
20    charged and pled for their role in this conspiracy.
21     Q   He also paid $21,000 to IM Consultation, is that
22    right?
23     A   That is correct.
24     Q   That's his wife's shell company?
25     A   Yes, it is.

WEST COURT REPORTING

Ex. A, GJ Trans., at 26

27

1    Q   Next on page 17, Active Minds Youth, is that

2  another company, correct?

3    A   It is another company.

4    Q   Founded two days after Inspiring Youth,

5  correct?

6    A   Correct.  On February 5th of 2021.

7    Q   February 4th?

8    A   Yes.  February 4th.

9    Q   And who founded Active Minds Youth?

10    A   Fadumo Mohamed Yusuf, who is Ikram Mohamed's

11  mother.

12    Q   And let me guess, the day after, did they do

13  anything?

14    A   Yes.  On February 5th they applied to enroll that

15  Active Minds Youth within the food program under the

16  sponsorship of Feeding our Future.

17    Q   And Fadumo Mohamed Yusuf, Ikram Mohamed's mom,

18  then opened a bank account in the name of the company;

19  is that right?

20    A   She did a little bit later.

21    Q   In fact, that bank account was actually opened

22  after the company claimed that it had begun feeding

23  children?

24    A   That is correct.

25    Q   And, in fact, the opening deposit into the

WEST COURT REPORTING

28

1   account was a check from Feeding our Future?

2      A   That is correct.

3      Q   Purportedly for serving meals to children?

4      A   Correct.

5      Q   In February of 2021, Fadumo Mohamed Yusuf signed

6   meal count sheets claiming that the company had been

7   serving meals to exactly 2,016 a day starting February

8   1st, 2021; is that right?

9      A   That is correct.

10     Q   Is that odd?

11     A   Yes, it is odd.

12     Q   Why?

13     A   Because that is before the company was enrolled

14  with the Minnesota Secretary of State or enrolled in

15  the food program.

16     Q   Six weeks before she even opened a bank

17  account?

18     A   That is correct.

19     Q   In May again, the company claimed to be serving

20  meals to exactly 2,016 children per day, seven days a

21  week.  Is that correct?

22     A   That is correct.

23     Q   Again, remarkably healthy lot these kids?

24     A   Extremely consistent.

25     Q   No absences?

WEST COURT REPORTING

29

```
 1    A   None at all.
 2    Q   Did this company submit fraudulent
 3  documentation?
 4    A   They did.
 5    Q   What kind?
 6    A   In addition to the meal count sheets, there were
 7  also invoices and rosters to support those claims.
 8    Q   And those invoices, were they from Star
 9  Distribution?
10    A   They were.
11    Q   That is her son's company, is that right,
12  Suleman?
13    A   Correct.
14    Q   Ikram's brother?
15    A   Correct.
16    Q   Were there rosters?
17    A   There were.
18    Q   They also appear to be fake?
19    A   They do.
20    Q   In all, they claimed to have served more than
21  500,000 meals on the Active Minds Youth site over a
22  five-month period; is that right?
23    A   That is correct.
24    Q   That's from February to June of 2021?
25    A   Correct.
```

WEST COURT REPORTING

GJM-00006048

1    Q   Based on those claims, the company received more

2    than one million dollars in Federal Child Nutrition

3    Program funds?

4    A   Yes, it did.

5    Q   Again, that was all of the deposits into the

6    account?

7    A   Correct.

8    Q   The bank records show that more than 80 percent

9    of those funds were sent to entities that appeared to

10   be legitimate food vendors, food distribution

11   companies, but were in fact not?

12   A   That is correct.

13   Q   Instead, they were companies known to be selling

14   invoices and laundering fraud procedures?

15   A   That is correct.

16   Q   Does that include approximately $470,000 sent to

17   Star Distribution?

18   A   Yes, it does.

19   Q   And another $139,000 sent to Afrique Hospitality

20   Group?

21   A   That is correct.

22   Q   And $62,000 sent to S&S Catering?

23   A   Correct.

24   Q   Now, Fadumo Mohamed Yusuf was a sole signatory on

25   the bank account for this company; is that correct?

31

1    A   That is correct.

2    Q   And she wrote a check, approximately $196,000 in

3   checks to a company called Dua Supplies and

4   Distribution; is that right?

5    A   That is correct.

6    Q   And the memo line on the check indicated that the

7   money was for supplies?

8    A   That is correct.

9    Q   Is that true?

10    A   That is what was listed on the check.

11    Q   But in reality, was Dua Supplies Industries

12   actually providing supplies to companies?

13    A   No, it was not.

14    Q   Instead, it was actually another sham food

15   distribution company; is that right?

16    A   That is correct.

17    Q   And the owner of Dua Supplies, has she been

18   charged in a related Indictment?

19    A   Yes, she has.

20    Q   Now, a couple months later in October, did Dua

21   Supplies cut a check to Fadumo Mohamed Yusuf's

22   daughter, Ikram Yusuf Mohamed?

23    A   Yes, it did.

24    Q   That check was for $166,000; is that correct?

25    A   That is correct.

32

1   Q   And that was approximately 85 percent of the

2   amount that Dua Supplies had received from Ikram's

3   mother's company; is that right?

4   A   That is correct.

5   Q   Is that significant to you?

6   A   It is.

7   Q   How so?

8   A   It appears that it was -- Dua Supplies was simply

9   used to launder the money to Ikram and retained a 15

10  percent fee for themselves for doing so.

11  Q   Did Fadumo Mohamed Yusuf also pay approximately

12  $38,500 from Active Minds Youth to Ikram Mohamed's

13  shell company, IM Consultation?

14  A   That is correct.

15  Q   Thank you, Agent Wilmer.

16              I would like to talk now -- we talked a

17  decent amount about these fake food vendor companies.

18  Okay.

19  A   Yep.

20  Q   I want to just explain -- or have you explain to

21  the Grand Jury a little bit more about that.  Okay?

22  A   Okay.

23  Q   Let's start with Star Distribution, the one we've

24  talked about.  All right.

25              Now, again, Star Distribution was

WEST COURT REPORTING

33

1  registered and created by Ikram Mohamed's brother,

2  Suleman Mohamed; is that right?

3     A  That is correct.

4     Q  And it was registered with the Secretary of State

5  on or about February 18th of 2021; is that right?

6     A  That is correct.

7     Q  That's shortly after his family members had

8  registered these other companies that they enrolled in

9  the food program --

10    A  Correct.

11    Q  -- is that right?  Okay.

12             A week later he opened a bank account in

13 the name of his new company; is that correct?

14    A  That is right.

15    Q  Now, we call -- we referred to Star Distribution

16 as a sham food vendor; is that right?

17    A  Yes, we have.

18    Q  I want to talk a little bit about why you say

19 that, why we described it that way.  Okay?

20    A  Sounds good.

21    Q  First off, Star Distribution was receiving money

22 from each of these companies that we've talked about

23 here, United Youth of Minneapolis, Youth International

24 Club, Inspiring Youth and Outreach and Active Minds

25 Youth; is that right?

Ex. A, GJ Trans., at 33

34

1    A   That is correct.

2    Q   And, in fact, that's the bulk of the deposits

3  into the Star Distribution account; is that right?

4    A   That is correct.

5    Q   Now, the company -- they had a warehouse?

6    A   For part of the time that they were open.

7    Q   Can you describe a little bit about that

8  warehouse?

9    A   There was a small -- there was a warehouse space

10  that they claimed to operate from for part of the time

11  they were in operation.  However, the management of

12  that facility was not familiar with the name Star

13  Distribution, had never seen or heard of Suleman.

14  However, there was another food company under which

15  name leased that space.

16              During the time that that space was

17  leased to this food distribution company, there was

18  minimal activity there.  There was also never even a

19  forklift inside to allow a person using that space to

20  access the shelves where you might keep pallets of

21  materials or food in this case.

22              The other business address tied to Star

23  Distribution is a small second floor suite in an old

24  school in Minneapolis, which is now converted to a

25  community center.  Obviously that space is not a

WEST COURT REPORTING

Ex. A, GJ Trans., at 34

35

1   reasonable use for large-scale food distribution.

2   Q  So I take it, part of why you described Star

3   Distribution as a sham food vendor is because it

4   doesn't appear to be vending food or distributing food

5   when you go to their physical space; is that right?

6   A  That's correct.

7   Q  That description is also based on bank records;

8   is that right?

9   A  That is correct.

10  Q  As described in paragraph 80 of the Indictment,

11  from approximately February 2021 when the company was

12  created and April of 2022, Star Distribution received

13  approximately $10 million in Federal Child Nutrition

14  Program funds; is that right?

15  A  That is correct.

16  Q  And that includes more than $4.9 million directly

17  from Feeding our Future?

18  A  Correct.

19  Q  As well as $1.6 million from the United Youth of

20  Minneapolis?

21  A  Correct.

22  Q  And $1 million from Inspiring Youth and

23  Outreach?

24  A  Correct.

25  Q  Did you and your colleagues look at the bank

WEST COURT REPORTING

Ex. A, GJ Trans., at 35

36

1    records of Star Distribution?

2      A  We did.

3      Q  What were you looking for when you looked at

4    those bank records?

5      A  Looking to see -- obviously, we see where a lot

6    of the money is coming into that account from, being

7    the food sites and sponsoring organization, and seeing

8    what that money was used for.

9              If it was a legitimate food vendor, you

10   would expect that there would be significant costs to

11   acquire the food and supplies which are being provided

12   to these sites.

13     Q  I take it, that's not that you found?

14     A  It is not.

15     Q  In fact, it's a lot of the money cycled back to

16   co-conspirators and people involved in the fraudulent

17   scheme; is that correct?

18     A  That is correct.

19     Q  Including entities that are known to be involved

20   in the sale of fraudulent invoices; is that right?

21     A  Correct.

22     Q  Now, Suleman Yusuf Mohamed, the owner of Star

23   Distribution, he prepared or caused to be prepared

24   fraudulent invoices on behalf of these entities that

25   his family members created; is that right?

WEST COURT REPORTING

37

1    A   That is correct.

2    Q   And those were invoices to support their

3    fraudulent claims; is that right?

4    A   That is correct.

5    Q   And Suleman, he also directed money to family

6    members; is that correct?

7    A   He did.

8    Q   Money that flowed through Star Distribution?

9    A   That is correct.

10   Q   For example, he paid more than $330,000 to IM

11   Consultation?

12   A   That is correct.

13   Q   And that's his sister's company, Ikram Mohamed's

14   company?

15   A   Yes, it is.

16   Q   He also paid money to Gandi Yusuf Mohamed; is

17   that right?

18   A   That is correct.

19   Q   And that's another sibling?

20   A   Yes, it is.

21   Q   Ikram Mohamed's brother?

22   A   Correct.

23   Q   And Suleman Mohamed's brother?

24   A   Correct.

25   Q   And Gandi Yusuf Mohamed also created or had LLCs,

WEST COURT REPORTING

GJM-00006048

38

1  limited liability companies, that he used to receive

2  the proceeds from the fraudulent scheme; is that

3  right?

4     A  Yes, it is.

5     Q  And one of those is a company called GAK

6  Properties LLC; is that right?

7     A  That is correct.

8     Q  And Gandi Yusuf Mohamed created it in November of

9  2020; is that correct?

10    A  That is correct.

11    Q  And he used it to receive and launder the

12  proceeds of this scheme; is that correct?

13    A  Yes, it is.

14    Q  Proceeds that he obtained from family members?

15    A  Correct.

16    Q  For example, his brother Suleman Yusuf Mohamed

17  paid him $25,000 a month to GAK Properties from Star

18  Distribution; is that correct?

19    A  Yes, it is.

20    Q  The memo lines in those checks described them as

21  rent payments; is that correct?

22    A  That is correct.

23    Q  And those rent payments totaled more than

24  $800,000 between March of 2021 and July of 2022; is

25  that correct?

WEST COURT REPORTING

Ex. A, GJ Trans., at 38

39

1     A   That is correct.

2     Q   Did Star Distribution also pay rent payments to

3   another entity controlled by Gandi Yusuf Mohamed?

4     A   Yes, they did.

5     Q   And that company is called GIF Properties?

6     A   That is correct.

7     Q   And bank records show that Suleman Yusuf Mohamed

8   signed monthly rent checks from Star Distribution to

9   get properties totaling $37,000 a month?

10     A   That is correct.

11     Q   And in all, Star Distribution paid $370,000 to

12   GAK Properties from September of 2021 to May of 2022;

13   is that right?

14     A   For GIF Properties, yes.

15     Q   Yes.  And all of that was food money, correct?

16     A   It was.

17     Q   Now, Gandi Yusuf Mohamed also was involved in the

18   scheme in other ways; is that correct?

19     A   Yes, he was.

20     Q   Specifically, he submitted or emailed fraudulent

21   meal count sheets on behalf of many of these entities

22   involved in the scheme; is that right?

23     A   Yes, he did.

24     Q   That includes United Youth of Minneapolis,

25   Inspiring Youth and Outreach and Youth International

Ex. A, GJ Trans., at 39

40

1    Club?

2      A    That is correct.

3      Q    We're almost there.

4                  I want to talk about another entity that

5    was used as part of the scheme.  Okay?

6      A    Okay.

7      Q    You mentioned briefly Afrique Hospitality

8    Group?

9      A    Yes.

10     Q    And that was an entity involved by a man named

11    Mukhtar Shariff who was charged in a different case;

12    is that correct?

13     A    That is correct.

14     Q    And generally, what is he charged with?

15     A    For his role within the fraud scheme, the Federal

16    Child Nutrition Program, specifically, laundering

17    proceeds through that scheme and providing fake

18    invoices to the sites and vendors.

19     Q    Here, several of these sites, Active Minds Youth,

20    Inspiring Youth and United Youth of Minneapolis, as

21    well as Star Distribution, paid approximately $500,000

22    in food program funds to Afrique Hospitality Group in

23    April and May of 2021; is that right?

24     A    That is correct.

25     Q    And as indicated on page 24 of the Indictment,

WEST COURT REPORTING

41

1   many of these checks indicated that the payments were

2   for food expenses or supplies; is that right?

3     A   That is correct.

4     Q   A month or two later on June 9th, 2021, Mukhtar

5   Shariff, the owner of Afrique, used federal child

6   nutrition funds to obtain a $250,000 cashiers check

7   payable to Ikram Yusuf Mohamed; is that right?

8     A   That is correct.

9     Q   Was that suspicious to you?

10    A   It is.

11    Q   How so?

12    A   It appears that the supposed food expenses and

13  supplies payments to Afrique were not for food and

14  supplies, and were instead just a way to conceal

15  payments being routed back to Ikram.

16    Q   When you conceal payments through financial

17  transactions, when you transfer funds from one company

18  to another, no real financial purposes, what's that

19  called?

20    A   It's money laundering.

21    Q   Now, after receiving that money, Ikram Mohamed

22  actually opened a new bank account; is that correct?

23    A   She did.

24    Q   And she deposited that $250,000 into the account;

25  is that correct?

WEST COURT REPORTING

Ex. A, GJ Trans., at 41

42

1    A   That is correct.

2    Q   And then how did she spend it, according to the

3    bank records?

4    A   She spent it down on what appears to be things

5    for her own personal life style, daily spending,

6    including daily DoorDash deliveries, travel,

7    associated expenses.  Nothing related to the food

8    program or providing related foods and supplies to

9    sites or children in the community.

10   Q   She spent that account down from -- I want to go

11   back -- this check actually was dated October of 2021;

12   is that correct?  Right up there.

13   A   June.

14   Q   June.  Okay.  She deposited into the account and

15   then she spent it down all the way to $100, and that's

16   about 20 grand a month in spending; is that correct?

17   A   That is correct.

18   Q   Now, in all, the individuals we talked about here

19   and their sites, they fraudulently claimed to have

20   served more than 4.8 million meals to children at

21   their sites between December of 2020 and November of

22   2021; is that right?

23   A   That is correct.

24   Q   And based on those fraudulent claims, they

25   received more than $12 million in Federal Child

WEST COURT REPORTING

Ex. A, GJ Trans., at 42

43

1   Nutrition Program funds; is that right?

2       A   That is correct.

3       Q   Thank you, Mr. Wilmer.

4                 Now that's the general fraud scheme, is

5   that right?  We walked through the conspiracy count.

6   There is a lot of more pages of the Indictment, but

7   not to worry, Ladies and Gentlemen, because we don't

8   necessarily have to go through them at one at a time.

9                 So if you turn to page 25, there is the

10  start of the wire fraud counts, which are Counts 2

11  through 20 of the proposed Indictment.  Is that right,

12  Agent Wilmer?

13      A   That is correct.

14      Q   Can you explain to the Grand Jury generally when

15  we talk about wire fraud counts what we're talking

16  about?

17      A   Wire fraud counts, or commonly you'll see an

18  email or payment, it is a wire that crosses state

19  lines used in furtherance of the scheme; in this case

20  again, most frequent ones are financial transactions

21  and emails that were sent by the individuals involved

22  in the fraud to further their scheme.

23      Q   So the actual -- the wiring itself is the wire

24  fraud count; is that correct?

25      A   That is correct.

Ex. A, GJ Trans., at 43

44

```
 1    Q   There is a list of them.  There is 19 of them
 2   from Counts 2 through 20 of the proposed Indictment;
 3   is that correct?
 4    A   That's correct.
 5    Q   And the Indictment itself describes the nature of
 6   the wire; is that correct?
 7    A   Yes, it does.
 8    Q   We've also marked them as exhibits; is that
 9   right?
10    A   We have.
11    Q   And they're creatively titled Grand Jury Exhibit
12   Count 2 through Count 20; is that right?
13    A   That is correct.
14    Q   And each of them has the actual wiring, the email
15   or whatever transaction, that forms the basis of the
16   individual wire fraud counts; is that correct?
17    A   That is correct.
18    Q   So, for example, Count 2 is an email sent by
19   Aisha Hussein to a Feeding our Future email account;
20   is that right?
21    A   That is correct.
22    Q   On February 24 of 2021?
23    A   That is correct.
24    Q   Subject is Lake Street location?
25    A   That is correct.
```

WEST COURT REPORTING

45

```
 1    Q   And attached to the email are meal count sheets;
 2  is that right?
 3    A   That is correct.
 4    Q   These are meal count sheets that we discussed
 5  earlier in your testimony?
 6    A   Yes, they are.
 7    Q   The other Grand Jury Exhibits Count 3 through
 8  Count 20 contain the other charge wirings in this
 9  case; is that right?
10    A   They do.
11    Q   Rather than walk through them one at a time, why
12  don't we make them available to the Grand Jury.
13  Okay?
14    A   Sounds great.
15    Q   Set them right here.  On page 28 of the
16  Indictment is Conspiracy to Commit Federal Programs
17  Bribery; is that right?
18    A   That is correct.
19    Q   Now we talked earlier how Ikram Mohamed worked in
20  some capacity at or for Feeding our Future; is that
21  right?
22    A   That is correct.
23    Q   I believe some people have said she held herself
24  out as a consultant; is that right?
25    A   That is correct.
```

WEST COURT REPORTING

46

1    Q   And witnesses also told you, including the
2   cooperating defendant that we referred to earlier,
3   that she would solicit kickbacks from individuals and
4   entities that wanted to be involved in the program
5   under the sponsorship of Feeding our Future; is that
6   right?
7    A   That is correct.
8    Q   And this conspiracy count in Count 21 charges her
9   with doing just that; is that right?
10    A   That is correct.
11    Q   And in support of that, we have a number of overt
12   acts in furtherance of the conspiracy, which are
13   basically steps that Ikram Mohamed or her
14   co-defendants -- and that includes Suleman Mohamed,
15   Aisha Hussein, Sahra Osman, Shakur Abdisalam and
16   Fadumo Yusuf -- took in furtherance in this case, and
17   they're charged in this conspiracy because they paid
18   kickbacks to her; is that correct?
19    A   That is correct.
20    Q   And the overt acts are individual kickback
21   payments for the most part that they paid to Ikram
22   Mohamed's company; is that right?
23    A   Yes, often routed through IM Consultation for
24   Ikram Mohamed.
25    Q   Counts 22 through 37 are individual counts of

WEST COURT REPORTING

47

1    Federal Programs Bribery; is that right?

2      A   That is correct.

3      Q   These are counts that relate to each of the

4    kickback payments that defendants in this scheme paid

5    to Ikram Mohamed?

6      A   That is correct.

7      Q   And we have marked them Grand Jury Exhibits Count

8    22 through Count 27; is that right?

9      A   22 through 37.

10     Q   37.  Sorry.

11     A   Correct.

12     Q   And you can see each one of these exhibits

13   contains one of the checks or payments made to Ikram

14   Mohamed's company?

15     A   That is correct.

16     Q   For example, Count 22 is a check from Active

17   Minds Youth to IM Consultation on May 18 of 2021.  The

18   memo line is food consultation; correct?

19     A   That is correct.

20     Q   We'll make these available to the Grand Jury

21   rather than walking through them one by one.

22     A   Sounds good.

23     Q   Count 38 charges all of the defendants with

24   conspiracy to commit money laundering; is that

25   right?

WEST COURT REPORTING

GJM-00006048

48

1    A   That is correct.

2    Q   Can you just generally describe the type of money

3  laundering that you found during your investigation?

4    A   This was large chunks of money that are moved

5  solely with the purpose of concealing the source of

6  those funds, whether it be through a fake vendor

7  company or through a shell consulting company.  Food

8  payments or food reimbursement funds that came into

9  these bank accounts were then moved through several

10  accounts, and ultimately back to the individuals

11  involved.

12    Q   So, for example, if you own a company that gets a

13  check from Feeding our Future, you send a portion of

14  that money to Star Distribution purportedly for

15  food?

16    A   Correct.

17    Q   And that's actually not what is going on, is that

18  money laundering?

19    A   It is.

20    Q   That's money laundering because the transaction

21  is solely designed to conceal the source ownership or

22  control of the funds at issue; is that correct?

23    A   That is correct.

24    Q   In other words, you weren't buying food, you're

25  hiding the money?

WEST COURT REPORTING

Ex. A, GJ Trans., at 48

49

1    A  Correct.

2    Q  And Counts 39 through 47 are different types of

3  money laundering accounts; is that right?

4    A  That is correct.

5    Q  A different statute, Title 18, USC 1957 makes it

6  illegal to engage in a financial transaction of more

7  than $10,000 -- involving more than $10,000 in the

8  proceeds of a fraud scheme; is that correct?

9    A  That is correct.

10    Q  And here is it true that some of the defendants

11  in this case engaged in financial transactions

12  involving more than $10,000 in fraud proceeds?

13    A  They did.

14    Q  And these are laid out count by count from Count

15  39 through Count 47; is that correct?

16    A  That is correct.

17    Q  And we have for each of those counts a

18  corresponding exhibit, Count 39, Count 40,

19  et cetera?

20    A  Correct.

21    Q  Containing documentation of the actual purchase

22  or financial transaction; is that correct?

23    A  That is correct.

24    Q  Now, we don't need to walk through those one by

25  one.  We'll make them available to the Grand Jury, but

WEST COURT REPORTING

Ex. A, GJ Trans., at 49

50

1   it's important to note -- I want to ask you, members

2   of the investigative team include forensic

3   accountants, correct?

4       A   Correct.

5       Q   And for each of these transactions, do they go

6   and look and trace the source of the proceeds used in

7   these transactions?

8       A   They did.

9       Q   Did they confirm that for each of these

10  transactions, more than $10,000 of the funds were used

11  for the proceeds of the fraud scheme?

12      A   That is correct.

13      Q   That's what makes it a 1957 money laundering

14  count; is that correct?

15      A   Yes, it is.

16      Q   Now, Agent Wilmer, you've not testified to

17  everything you know about this investigation, have

18  you?

19      A   I have not.

20      Q   In fact, it's been a sprawling long-term

21  investigation?

22      A   That is correct.

23      Q   I assume that if you were asked additional

24  questions, you could provide additional information?

25      A   I could.


WEST COURT REPORTING


Ex. A, GJ Trans., at 50

51

1               MR. THOMPSON:  All right.  Grand Jury,

2      do you have any questions for Agent Wilmer?

3               A JUROR:  I have one question, which is

4      about potential -- like impersonation, just because

5      we've got a lot of, like, names on paper here,

6      without, it seems, like a direct personal contact with

7      these individuals.  And I'm thinking of other cases

8      where maybe like a suspect will use the name of a

9      child or another family member but that doesn't

10     necessarily mean that family member is implicated.

11              How do we know, for example, that Fadumo

12     Yusuf is actually part of this conspiracy and it

13     wasn't Ikram like using her name, address, email to

14     impersonate?

15              THE WITNESS:  Well, for one thing, each

16     of these individuals is a sole signatory on the bank

17     account.  And to open a bank account, you would have

18     to be there in person to sign for it.  So that's one

19     factor in addition to the --

20              A JUROR:  Couldn't Ikram get access to

21     digital -- like digitally get access to her parent's

22     bank account or something like that?  Like just

23     through a password or something?  I don't know.

24              THE WITNESS:  It is possible that some

25     individuals could use emails, bank accounts to conduct

WEST COURT REPORTING

Ex. A, GJ Trans., at 51

52

1    some things without necessarily the other person being

2    there; however, you go through the sheets and you look

3    at, for instance, the signatures on the meal count

4    sheets compared to their DLs, they appear to match.

5    There is just -- there is mounting evidence to show

6    that most of these individuals had involvement in the

7    program.

8                  MR. THOMPSON:  Any other questions?

9                  (No response from the Grand Jury.)

10                 MR. THOMPSON:  No questions, we ask the

11   witness be excused?

12                 THE FOREPERSON:  Yes.

13                 (WHEREUPON, the testimony was

14                 concluded at 2:50 p.m.)

15                        *   *   *   *   *

16

17

18

19

20

21

22

23

24

25

WEST COURT REPORTING

53

```
 1                    CERTIFICATE

 2              I, Mari A. Skalicky, do hereby

 3   certify that the above-foregoing pages of typewritten

 4   material constitutes a full, true and complete

 5   transcript of the testimony of the witness TRAVIS

 6   WILMER, taken by me before a United States Grand Jury

 7   on January 24, 2024, at the United States Federal

 8   Building in Minneapolis, Minnesota, at the time

 9   specified.

10

11              /s/_____

12              Mari A. Skalicky
                Notary Public
13              Commission expires Jan. 31, 2025

14

15

16

17

18

19

20

21

22

23

24

25
```

WEST COURT REPORTING

Ex. A, GJ Trans., at 53

53

1                    CERTIFICATE

2              I, Mari A. Skalicky, do hereby

3    certify that the above-foregoing pages of typewritten

4    material constitutes a full, true and complete

5    transcript of the testimony of the witness TRAVIS

6    WILMER, taken by me before a United States Grand Jury

7    on January 24, 2024, at the United States Federal

8    Building in Minneapolis, Minnesota, at the time

9    specified.

1                         *Mari Skalicky*
1                    _____
1                    Mari A. Skalicky
                     Notary Public
1                    Commission expires Jan. 31, 2025

14

15

16

17

18

19

20

21

22

23

24

25

                    WEST COURT REPORTING

Ex. A, GJ Trans., at 54