# Exhibit B

# Grand Jury Exhibit

**From:** comfortpca@gmail.com
**To:** hamdi@feedingourfuturemn.org
**Subject:** inspiring
**Date:** Fri, 13 Aug 2021 11:23:40 -0500
**Attachments:** 20210813112340281.pdf

_____

This E-mail was sent from "RNP58387943603B" (IM 550).

Scan Date: 08.13.2021 11:23:40 (-0500)
Queries to: comfortpca@gmail.com



EML-01080572



# FEEDING OUR FUTURE

## INSPIRING YOUTH & OUTREACH LLC

### JUNE 2021 MENU

| Month: | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Supper | BANANA<br>APPLES<br>ORANGES<br>ONIONS<br>ENRICHED PASTA/<br>ENRICHED RICE<br>TOMATOES<br>1% MILK<br>SKIM MILK<br>POTATOES<br>CARROTS<br>TUNA/ CHEESE STRINGS /<br>EGGS | BANANA<br>APPLES<br>ORANGES<br>ONIONS<br>ENRICHED PASTA/<br>ENRICHED RICE<br>TOMATOES<br>1% MILK<br>SKIM MILK<br>POTATOES<br>CARROTS<br>TUNA/ CHEESE STRINGS /<br>EGGS | BANANA<br>APPLES<br>ORANGES<br>ONIONS<br>ENRICHED PASTA/<br>ENRICHED RICE<br>TOMATOES<br>1% MILK<br>SKIM MILK<br>POTATOES<br>CARROTS<br>TUNA/ CHEESE STRINGS / EGGS | BANANA<br>APPLES<br>ORANGES<br>ONIONS<br>ENRICHED PASTA/<br>ENRICHED RICE<br>TOMATOES<br>1% MILK<br>SKIM MILK<br>POTATOES<br>CARROTS<br>TUNA/ CHEESE STRINGS /<br>EGGS | BANANA<br>APPLES<br>ORANGES<br>ONIONS<br>ENRICHED PASTA/<br>ENRICHED RICE<br>TOMATOES<br>1% MILK<br>SKIM MILK<br>POTATOES<br>CARROTS<br>TUNA/ CHEESE STRINGS /<br>EGGS | BANANA<br>APPLES<br>ORANGES<br>ONIONS<br>ENRICHED PASTA/<br>ENRICHED RICE<br>TOMATOES<br>1% MILK<br>SKIM MILK<br>POTATOES<br>CARROTS<br>TUNA/ CHEESE STRINGS /<br>EGGS | BANANA<br>APPLES<br>ORANGES<br>ONIONS<br>ENRICHED PASTA/<br>ENRICHED RICE<br>TOMATOES<br>1% MILK<br>SKIM MILK<br>POTATOES<br>CARROTS<br>TUNA/ CHEESE STRINGS /<br>EGGS |
| Evening Snack | CHEESE STRINGS<br>ANIMAL CRACKERS<br>APPLE JUICE<br>CHIPS VARIETY PACK | CHEESE STRINGS<br>ANIMAL CRACKERS<br>APPLE JUICE<br>CHIPS VARIETY PACK | CHEESE STRINGS<br>ANIMAL CRACKERS<br>APPLE JUICE<br>CHIPS VARIETY PACK | CHEESE STRINGS<br>ANIMAL CRACKERS<br>APPLE JUICE<br>CHIPS VARIETY PACK | CHEESE STRINGS<br>ANIMAL CRACKERS<br>APPLE JUICE<br>CHIPS VARIETY PACK | CHEESE STRINGS<br>ANIMAL CRACKERS<br>APPLE JUICE<br>CHIPS VARIETY PACK | CHEESE STRINGS<br>ANIMAL CRACKERS<br>APPLE JUICE<br>CHIPS VARIETY PACK |

EML-01080573

GJM-00005594

EML-01080574

# Star Distribution



310 E 38th ST #226
Minneapolis, MN 55408
Phone 612.450.2333

# INVOICE

DATE: June 2, 2021
INVOICE # 255

BILL TO: Inspiring Youth & outreach llc
1230 Logan Ave N
Minneapolis, MN 55411

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Potatoes 50 pounds | 25 | $ 25.00 | $ 625.00 |
| Tomatoes 25 pounds | 32 | $ 24.23 | $ 775.36 |
| Oranges 50 pounds | 20 | $ 25.88 | $ 517.60 |
| Onions 50 pounds | 24 | $ 24.25 | $ 582.00 |
| Green Pepers 25 pounds | 22 | $ 22.30 | $ 490.60 |
| Carrots 50 pounds | 28 | $ 31.00 | $ 868.00 |
| Apples | 26 | $ 32.00 | $ 832.00 |
| Enriched Basmati rice | 84 | $ 40.00 | $ 3,360.00 |
| animal Crackers | 72 | $ 30.00 | $ 2,160.00 |
| Omar Tuna | 85 | $ 60.00 | $ 5,100.00 |
| Apple juice | 45 | $ 20.00 | $ 900.00 |
| Banana | 25 | $ 27.50 | $ 687.50 |
| SKIM MILK | 292 | $ 4.00 | $ 1,168.00 |
| Frito-Lay Classic Mix Variety Pack (50 pk.) | 65 | $ 20.00 | $ 1,300.00 |
| Apple sauce | 60 | $ 18.00 | $ 1,080.00 |
| Cheese Strings | 25 | $ 125.00 | $ 3,125.00 |
| Eggs | 100 | $ 30.00 | $ 3,000.00 |

Make all checks payable to **STARS DISTRIBUTION** If you have any questions concerning this invoice, Sulemen Mohamed  952-657-3085
**Stardistribution19gmail.com**
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| SUBTOTAL | $ 26,571.06 |
| TAX RATE | 7.78% |
| SALES TAX | $ 2,065.90 |
| DELIVERY | 300.00 |
| TOTAL | $ 28,936.96 |

EML-01080575

## Star Distribution



310 E 38th ST #226
Minneapolis, MN 55408
Phone 612.450.2333

# INVOICE

DATE: June 6, 2021
INVOICE # 260

BILL TO: Inspiring Youth & outreach llc
1230 Logan Ave N
Minneapolis, MN 55411

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Potatoes 50 pounds | 25 | $ 25.00 | $ 625.00 |
| Tomatoes 25 pounds | 32 | $ 24.23 | $ 775.36 |
| Oranges 50 pounds | 20 | $ 25.88 | $ 517.60 |
| Onions 50 pounds | 24 | $ 24.25 | $ 582.00 |
| Green Pepers 25 pounds | 22 | $ 22.30 | $ 490.60 |
| Carrots 50 pounds | 28 | $ 31.00 | $ 868.00 |
| Apples | 26 | $ 32.00 | $ 832.00 |
| MILK 1% | 1500 | $ 4.00 | $ 6,000.00 |
| SKIM MILK | 292 | $ 4.00 | $ 1,168.00 |
| Enriched Basmati rice | 84 | $ 40.00 | $ 3,360.00 |
| animal Crackers | 72 | $ 30.00 | $ 2,160.00 |
| Omar Tuna | 85 | $ 60.00 | $ 5,100.00 |
| Apple juice | 45 | $ 20.00 | $ 900.00 |
| Banana | 25 | $ 27.50 | $ 687.50 |
| Frito-Lay Classic Mix Variety Pack (50 pk.) | 65 | $ 20.00 | $ 1,300.00 |
| Apple sauce | 60 | $ 18.00 | $ 1,080.00 |
| Cheese Strings | 25 | $ 125.00 | $ 3,125.00 |
| Eggs | 100 | $ 30.00 | $ 3,000.00 |

Make all checks payable to STARS DISTRIBUTION If you have any questions concerning this invoice, Sulemen Mohamed   952-657-3085
**Stardistribution19gmail.com**
*THANK YOU FOR YOUR BUSINESS!*

| | | |
|---|---|---|
| SUBTOTAL | $ | 32,571.06 |
| TAX RATE | | 7.78% |
| SALES TAX | $ | 2,532.40 |
| DELIVERY | | 300.00 |
| TOTAL | $ | 35,403.46 |

Exhibit B, GJ Exhibit, p. 4