UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 24-cr-15 (NEB-DTS)

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| -against- | ) **MOTION FOR TRANSFER OF** |
|  | ) **TRIAL ON BEHALF OF** |
| IKRAM YUSUF MOHAMED, | ) **ALL DEFENDANTS** |
| SULEMAN YUSUF MOHAMED, | ) |
| AISHA HASSAN HUSSEIN, | ) |
| SAHRA SHARIF OSMAN, | ) |
| SHAKUR ABDINUR ABDISALAM. | ) |
| FADUMO NOHAMED YUSUF, AND | ) |
| GANDI YUSUF MOHAMED, | ) |
|   also known "Gandi Abdi Kediye," | ) |
| *Defendants*. | ) |

COMES NOW, above named defendants by and through their below-named counsel who move pursuant Fed.R.Crim.P 21(a) for a transfer of trial to the Northern District of Illinois due to the extent of pretrial publicity in the District of Minnesota and the resulting inability of defendants to receive a fair trial free of prejudice.

As we address in the accompanying Memorandum of Law, the prejudice resulting from three years of near-constant publicity in the Feeding our Future ("FOF") arrests, pleas and trials would make seating an impartial jury impossible and defendants right to a fair trial nearly impossible to ensure.

Additionally, the political juggernaut in Washington has laid its hand on the instant prosecution by demonizing all Somali defendants involved in the FOF scandal in particular and Somalis in general. Under the instant, intense and unyielding glare of the media spotlight, the

1

moving defendants cannot receive a fair trial in Minneapolis and a transfer of trial is therefore sought.

We incorporate all facts and citations in the accompanying Memorandum of Law and do not repeat them herein.

This motion is based upon the District Court file, all records and proceedings herein, upon the accompanying Memorandum of Law, and upon the argument of counsel at the hearing on this motion.

Dated: December 8, 2025

Respectfully submitted,

_____
NICHOLAS KAIZER
NY Bar 2123362
Levitt & Kaizer
Attorneys at Law
40 Fulton Street, 17th Floor
New York, N.Y. 10038-1850
O: (212) 480-4000
C: (917) 324-4000
nkaizer@landklaw.com
*Attorneys for GANDI ABDI KEDIYE*

*s/ Robert D. Richman*
ROBERT D. RICHMAN
Attorney ID No. 226142
LAW OFFICES OF
ROBERT D. RICHMAN, LLC
P.O. Box 16643
St. Louis Park, MN  55416
(651) 278-4987
*Attorney for Ikram Mohammed*

ARNESON LAW OFFICE, LLC
s/Wyatt Arneson
Wyatt Arneson #0392071
400 South 4th Street
Suite 1025

Minneapolis, MN 55415
(612) 746-1188
*Attorney for Defendant*
*Suleman Mohamed*

WELCH LAW FIRM
s/Melvin R Welch
Melvin R Welch
Welch Law Firm LLC
250 South 2nd Avenue
Suite 205
Minneapolis, MN 55401
(612) 741-3272
*Attorney for Defendant*
*Aisha Hussein*

JOHNSON & GREENBERG, PLLP
s/Lee R. Johnson
Lee R. Johnson #189935
5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416
(952) 545-1621
*Attorney for Defendant*
*Sahra Osman*

RYAN PACYGA CRIMINAL DEFENSE
By:  /s/ Ryan M. Pacyga
Ryan M. Pacyga (#321576)
860 Blue Gentian Rd, Ste. 175
Eagan, MN 55121
612-339-5844 (phone)
*Attorney for Shakur Abdinur Abdisalam*

Thomas H. Shiah #100365
s/Thomas H. Shiah
331 Second Ave South, Ste 705
Minneapolis, Minnesota 55401
(612) 338-0066
*Attorney for Defendant*
*Fadumo Yusuf*

3