UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-015 (NEB/DTS)

UNITED STATES OF AMERICA

v.

**GOVERNMENT'S EXHIBIT LIST**

7.   GANDI YUSUF MOHAMED
       a/k/a Gandi Abdi Kediye

| PRESIDING JUDGE The Honorable Nancy E. Brasel | GOVERNMENT'S COUNSEL Rebecca E. Kline, AUSA Matthew C. Murphy, AUSA | DEFENDANTS' COUNSEL Nicholas Kaizer, *Esq.* |
|---|---|---|
| TRIAL DATE April 20, 2026 | COURT REPORTER Renee Rogge | COURTROOM DEPUTY Kristine Wegner |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | | | **A – Feeding Our Future (FOF) Records** |
| A-1 | | | Photos from January 20, 2022 federal search warrant at Feeding Our Future Offices |
| A-2 | | | Feeding Our Future Board Meeting Minutes |
| A-3 | | | Feburary 25, 2021 email chain including Gandi Mohamed subject line: United Youth of MPLS (located during search of Feeding Our Future) |
| A-4 | | | March 11, 2019 email from Aimee Bock to Charity Registration, subject line: FEEDING OUR FUTURE attaching registration forms |
| A-5 | | | July 25, 2021 email from Ali Farha to Monica Herrera and Emily Honer at the Minnesota Department of Education (MDE), subject line: open your eyes |
| A-6 | | | October 17, 2021 email from Aimee Bock to Ikram Mohamed, subject line: CACFP required elements |
| A-7 | | | Folder from the search of Feeding Our Future labeled "Prepaid Claims" (62 pages) |
| A-8 | | | Documents from the search of Feeding Our Future related to "Prepaid Claims" (22 pages) |
| A-9 | | | Documents from the search of Feeding Our Future related to sites (150 pages) |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A-10 | | | ADP Records for Feeding Our Future (461 pages) |
| **B – Minnesota Department of Education** **Federal Child Nutrition Program CliCs Data** | | | |
| B-1 | | | 9000018545 Site Oak Leaf West Park 1500 E 122nd St., Burnsville, MN CACFP Applications CliCs data |
| B-2 | | | 9000018545 Site Oak Leaf West Park 1500 E 122nd St., Burnsville, MN CACFP Claims CliCs data CliCs data |
| B-3 | | | 9000018545 Site Oak Leaf West Park 1500 E 122nd St., Burnsville, MN SFSP Applications CliCs data |
| B-4 | | | 9000018545 Site Oak Leaf West Park 1500 E 122nd St., Burnsville, MN SFSP Claims CliCs data |
| B-5 | | | 9000018571 Site Feeding our Future - Arcade 1440 Arcade St., Suite E, St. Paul, MN CACFP Applications CliCs data |
| B-6 | | | 9000018571 Site Feeding our Future - Arcade 1440 Arcade St., Suite E, St. Paul, MN CACFP Claims CliCs data |
| B-7 | | | 9000018571 Site Feeding our Future - Arcade 1440 Arcade St., Suite E, St. Paul, MN SFSP Applications CliCs data |
| B-8 | | | 9000018571 Site Feeding our Future - Arcade 1440 Arcade St., Suite E, St. Paul, MN SFSP Claims CliCs data |
| B-9 | | | 9000018583 Site Dur Dur Restaurant 2511 Bloomington Ave, Minneapolis, MN SFSP Applications CliCs data |
| B-10 | | | 9000018583 Site Dur Dur Restaurant 2511 Bloomington Ave, Minneapolis, MN SFSP Claims CliCs data |
| B-11 | | | 9000018777 Site Afton View Apartments 373 S. Winthrop St., Apt. 154, St. Paul, MN CACFP Applications CliCs data |
| B-12 | | | 9000018777 Site Afton View Apartments 373 S. Winthrop St., Apt. 154, St. Paul, MN CACFP Claims CliCs data |
| B-13 | | | 9000018777 Site Afton View Apartments 373 S. Winthrop St., Apt. 154, St. Paul, MN SFSP Applications CliCs data |
| B-14 | | | 9000018777 Site Afton View Apartments 373 S. Winthrop St., Apt. 154, St. Paul, MN SFSP Claims CliCs data |
| B-15 | | | 9000018779 Site Al-Iman Center 1002 Main St., Hopkins, MN SFSP Applications CliCs data |
| B-16 | | | 9000018779 Site Al-Iman Center 1002 Main St., Hopkins, MN SFSP Claims CliCs data |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| B-17 | | | 9000018942 Site United Youth of Minneapolis - Logan 1230 Logan Ave. N, Minneapolis, MN CACFP Applications CliCs data |
| B-18 | | | 9000018942 Site United Youth of Minneapolis - Logan 1230 Logan Ave. N, Minneapolis, MN CACFP Claims CliCs data |
| B-19 | | | 9000018942 Site United Youth of Minneapolis - Logan 1230 Logan Ave. N, Minneapolis, MN SFSP Applications CliCs data |
| B-20 | | | 9000018942 Site United Youth of Minneapolis - Logan 1230 Logan Ave. N, Minneapolis, MN SFSP Claims CliCs data |
| B-21 | | | 9000019023 Site United Youth of Minneapolis - Lake St 1229 E Lake St., Minneapolis, MN CACFP Applications CliCs data |
| B-22 | | | 9000019023 Site United Youth of Minneapolis - Lake St 1229 E Lake St., Minneapolis, MN CACFP Claims CliCs data |
| B-23 | | | 9000019023 Site United Youth of Minneapolis - Lake St 1229 E Lake St., Minneapolis, MN SFSP Applications CliCs data |
| B-24 | | | 9000019023 Site United Youth of Minneapolis - Lake St 1229 E Lake St., Minneapolis, MN SFSP Claims CliCs data |
| B-25 | | | 9000019204 Site Youth Development Foundation-Minneapolis 313 W. Lake St., Minneapolis, MN CACFP Applications CliCs data |
| B-26 | | | 9000019204 Site Youth Development Foundation-Minneapolis 313 W. Lake St., Minneapolis, MN CACFP Claims CliCs data |
| B-27 | | | 9000019204 Site Youth Development Foundation-Minneapolis 313 W. Lake St., Minneapolis, MN SFSP Applications CliCs data |
| B-28 | | | 9000019258 Site Little Earth 2495 18th Ave., S, Minneapolis, MN CACFP Applications CliCs data |
| B-29 | | | 9000019258 Site Little Earth 2495 18th Ave., S, Minneapolis, MN CACFP Claims CliCs data |
| B-30 | | | 9000019258 Site Little Earth 2495 18th Ave., S, Minneapolis, MN SFSP Applications CliCs data |
| B-31 | | | 9000019267 Site Inspiring Youth and Out Reach LLC 1230 Logan Ave., N, Minneapolis, MN CACFP Applications CliCs data |
| B-32 | | | 9000019267 Site Inspiring Youth and Out Reach LLC 1230 Logan Ave., N, Minneapolis, MN CACFP CACFP Claims CliCs data |
| B-33 | | | 9000019292 Site Youth International Club - Edina 3280 W. 76th St., Edina, MN CACFP Applications CliCs data |
| B-34 | | | 9000019292 Site Youth International Club - Edina 3280 W. 76th St., Edina, MN CACFP Claims CliCs data |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| B-35 | | | 9000019292 Site Youth International Club - Edina 3280 W. 76th St., Edina, MN SFSP Applications CliCs data |
| B-36 | | | 9000019292 Site Youth International Club - Hopkins 11390 Minnetonka Mills Rd., Hopkins, MN CACFP Applications CliCs data |
| B-37 | | | 9000019292 Site Youth International Club - Hopkins 11390 Minnetonka Mills Rd., Hopkins, MN CACFP Claims CliCs data |
| B-38 | | | 9000019292 Site Youth International Club - Hopkins 11390 Minnetonka Mills Rd., Hopkins, MN SFSP Applications CliCs data |
| B-39 | | | 9000019275 New Vision Foundation 860 Vandalia St., St. Paul, MN CACFP Applications CliCs |
| B-40 | | | 9000019275 New Vision Foundation 860 Vandalia St., St. Paul, MN CACFP Claims CliCs |
| B-41 | | | 9000019607 New Vision Foundation – Waite Park 113 24th Ave S, Waite Park, MN CACFP Applications CliCs |
| B-42 | | | 9000019607 New Vision Foundation – Waite Park 113 24th Ave S, Waite Park, MN CACFP Claims CliCs |
| B-43 | | | 9000016876 Site Rattil Center 1229 East Lake St, Minneapolis, MN CACFP Applications CliCs |
| B-44 | | | 9000016876 Site Rattil Center 1229 East Lake St, Minneapolis, MN CACFP Claims CliCs |
| B-45 | | | 9000016876 Site Rattil Center 1229 East Lake St, Minneapolis, MN SFSP Applications CliCs |
| B-46 | | | 9000018148 Site Adult Care LLC 1229 East Lake St, Minneapolis, MN CACFP Applications CliCs |
| B-47 | | | 9000018148 Site Adult Care LLC 1229 East Lake St, Minneapolis, MN CACFP Claims CliCs |
| B-48 | | | 9000016261 Site Sharing and Caring 1229 East Lake St, Minneapolis, MN CACFP Applications CliCs |
| B-49 | | | 9000016261 Site Sharing and Caring 1229 East Lake St, Minneapolis, MN CACFP Claims CliCs |
| B-50 | | | 9000018523 Site Masha Allah, 605 Cedar Ave S, SFSP Applications CliCs |
| B-51 | | | 9000018523 Site Masha Allah, 605 Cedar Ave S, MN SFSP Claims CliCs |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| B-99 | | | Excel Spreadsheets from the Minnesota Department of Education reflecting all of the claims made to CliCs for the CACFP and SFSP for the years 2018, 2019, 2020, 2021, 2022 |
| **C – IM Consultation** | | | |
| C-1 | | | Minnesota Secretary of State, Certificate of Organization for IM Consultation LLC |
| C-2 | | | Photograph of building where IM Consultation was located, at 720 East Lake Street, Minneapolis, MN |
| **E – Inspiring Youth & Out Reach LLC** | | | |
| E-1 | | | Minnesota Secretary of State, Certificate of Organization for Inspiring Youth and Out Reach |
| E-2 | | | February 2, 2021 email from Gandi Mohamed to Ikram Mohamed attaching Minnesota Secretary Certificate of Organization for Inspiring Youth and Out Reach and EIN |
| E-3 | | | Photograph of Inspiring Youth and Out Reach site location at 1230 Logan Ave N, Minneapolis, MN 55411 |
| E-5 | | | FOF Folder "Inspiring Youth and Outreach LLC 1230 Logan Avenue North Minneapolis, MN 55411 PERMANENT FILE" (32 pages) |
| E-6 | | | FOF Folder "Inspiring Youth and Outreach LLC 1230 Logan Avenue North Minneapolis, MN 55411 FISCAL YEAR 21" (48 pages) |
| E-7 | | | FOF Folder "Inspiring Youth and Outreach LLC / June (4 pages) |
| E-8 | | | FOF Folder "Inspiring Youth and Outreach LLC SFSP / AUG (6 pages) |
| E-9 | | | FOF Folder "FY21 Inspiring Youth and Outreach LLC SUMMER SFSP / SEP (3 pages) |
| E-10 | | | FOF Folder "FY22 Inspiring Youth and Outreach LLC (LOGAN) NOV (86 pages) |
| E-11 | | | FOF Folder "FY22 Dec 21 Inspiring Youth and Outreach LLC (AS/SFSP) (82 pages) |
| E-12 | | | Inspiring Youth & Outreach Meal Counts and Rosters (476 pages) |
| **F – United Youth of MPLS LLC** | | | |
| F-1 | | | Minnesota Secretary of State, Certificate of Organization for United Youth of MPLS |
| F-2 | | | Photo of United Youth of MPLS site location at 1230 Logan Ave N, Minneapolis, MN 55411 |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| F-3 | | | Photo of United Youth of MPLS site location at 1229 E Lake St, Minneapolis, MN 55407 |
| F-5 | | | FOF Folder "United Youth of MPLS-LAKE 1229 East Lake Street, Minneapolis, MN 55407 PERMANENT FILE" (27 pages) |
| F-6 | | | FOF Folder "United Youth of MPLS-LAKE Logan 1230 Logan Ave North, Minneapolis, MN PERMANENT FILE" (21 pages) |
| F-7 | | | FOF Folder "United Youth of MPLS-LAKE 7th 597 East 7th Street, St. Paul, MN FISCAL YEAR 21" (46 pages) |
| F-8 | | | FOF Folder "United Youth of MPLS-LAKE 1229 East Lake Street, Minneapolis, MN 55407 PERMANENT FILE" (51 pages) |
| F-9 | | | FOF Folder "United Youth of MPLS-LAKE " (33 pages) |
| F-10 | | | FOF Folder "FY21 United Youth LAKE St. Summer Sep" (3 pages) |
| F-11 | | | FOF Folder "FY21 United Youth LAKE SFSP Lake Street Aug" (6 pages) |
| **G – Active Mind's Youth LLC** | | | |
| G-1 | | | Minnesota Secretary of State, Certificate of Organization for Active Mind's Youth LLC |
| G-2 | | | Photograph of Active Mind's Youth LLC site located at 720 East Lake St, Minneapolis, MN 55407 |
| G-6 | | | FOF Folder "FY21 Active Minds LLC (AS/SFSP) Feb" (6 pages) |
| G-7 | | | FOF Folder "FY21 March Active Minds Child Care (AS/SFSP) March / 21" (11 pages) |
| G-8 | | | FOF Folder "FY21 Active Minds Youth May (AS/SFSP)" (94 pages) |
| G-9 | | | FOF Folder "FY21 June Active Minds Youth (AS/SFSP)" (80 pages) |
| **H – Youth International Club LLC** | | | |
| H-1 | | | Minnesota Secretary of State, Certificate of Organization for Youth International Club dated 01/30/2021 |
| H-2 | | | Photograph of Youth International Club site located at 11390 Minnetonka Mills Rd, Hopkins, MN 55305 |
| H-3 | | | Photograph of Youth International Club site located at 3280 W 76th St, Edina, MN 55435 |
| H-5 | | | Contract between Feeding Our Future and Youth International Club dated 03/01/2021 (located from Feeding Our Future search warrant) |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| H-6 | | | FOF Folder "Youth International Club – Westwind, 11345 Westwind Road, Eden Prairie, MN 55344" (19 pages) |
| H-7 | | | FOF Folder "Youth International Club – 10800 Cedar Bnd, Minnetonka, MN 55305" (17 pages) |
| H-8 | | | FOF Folder "FY21 June Youth International Club – Edina (AS/SFSP)" (85 pages) |
| H-9 | | | FOF Folder "Youth International Club – Sept 2021" (135 pages) |
| H-10 | | | FOF Folder "FY21 June Youth International Club – Hopkins" (51 pages) |
| H-11 | | | FOF Folder "FY21 Nov Youth International Club – Hopkins (AS/SFSP" (48 pages) |
| H-12 | | | FOF Folder "FY22 Youth International Club – Hopkins" (55 pages) |
| **I – Star Distribution LLC** | | | |
| I-1 | | | Minnesota Secretary of State, Certificate of Organization for Star Distribution LLC |
| I-2 | | | Photograph of Star Distribution LLC, located at 310 E 38th St, Suite 226, Minneapolis, Minnesota |
| I-3 | | | Photo of Star Distribution LLC, located at 150 W 88th Street, Bloomington, Minnesota |
| I-4 | | | April 25, 2023 email from Kevin Mach to FBI Special Agent Jared Kary regarding 150 W 88th St #106, Bloomington, MN 55420 |
| I-5 | | | Star Distribution LLC purchase records from Sam's Club |
| I-6 | | | Star Distribution LLC purchase records from Costco |
| I-7 | | | Star Distribution LLC purchase records from Costco additional |
| I-8 | | | Costco Records Declaration |
| **J – GAK Properties LLC and GIF Properties LLC** | | | |
| J-1 | | | Minnesota Secretary of State, Certificate of Organization for GIF Properties LLC |
| J-2 | | | Minnesota Secretary of State, Certificate of Organization for GAK Properties LLC |
| J-3 | | | Olympic Financial Group Records of Foreign Transfers by Gandi Mohamed |
| J-4 | | | Buyer's Settlement Statement for 1108 Pearson Parkway, dated 09/29/2022 |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| J-5 | | | Buyer's Settlement Statement for 1717 Thomas Avenue N, dated 12/21/2020 |
| J-6 | | | Buyer's Settlement Statement for 8101 Vincent Avenue N, dated 05/28/2021 |
| J-7 | | | Contract for Deed – 720 Lake Street East, GAK Properties |
| J-8 | | | Purchase Records for Morrie's Auto Group, 2015 Land Rover purchased by Suleman Mohamed |
| J-9 | | | 1221 (1229) East Lake Street Contract for Deed and Warranty Deed |
| J-10 | | | 720 East Lake Street Contract for Deed |
| J-11 | | | Lake Title LLC Certificate of Authenticity |
| J-12 | | | 1230 Logan LLC Purchase Agreement from 5/6/20 |
| J-13 | | | 1230 Logan Ave N Settlement Statement from 5/13/20 |
| **K – Other Vendors** | | | |
| K-1 | | | 2021 Dua Supplies Invoices and Checks for Active Mind's Youth LLC |
| **N – Arcade "Sir Boxing" Site** | | | |
| N-1 | | | Photograph of 1440 Arcade Street site |
| N-2 | | | Folder – "SIR Boxing 1440 Arcade Street, Suite E, St. Paul, MN 55106" "PERMANENT FILE" |
| N-3 | | | FOF Folder – "FY21 ARCADE JULY SFSP" (6 pages) |
| N-4 | | | FOF Folder - "FY21 ARCADE AUG SFSP" (6 pages) |
| N-5 | | | FOF Folder - "FY21 ARCADE SEP SFSP" (3 pages) |
| N-6 | | | FOF Folder - "FY22 FOF ARCADE OCT" (83 pages) |
| N-7 | | | FOF Folder - "FY22 Dec21 Arcade (AS/SFSP) (Feeding Our Future)" (76 pages) |
| N-8 | | | FOF Folder - "FY22 Jan22 Arcade (AS/SFSP) (Feeding Our Future)" (4 pages) |
| N-9 | | | Summary schedule of total claims for Arcade site |
| **O – Dur Dur Restaurant** | | | |
| O-1 | | | Minnesota Secretary of State, Certificate of Organization for Dur Dur Restaurant |
| O-2 | | | Photograph of Dur Dur Restaurant |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| O-3 | | | FOF Folder - Dur Dur Permanent File Aug 2020 |
| O-4 | | | FOF Folder - Dur Dur FY 2021 |
| O-5 | | | FOF Folder - Dur Dur meal counts Aug 2020 |
| O-6 | | | FOF Folder - Dur Dur meal counts Sept 2020 |
| O-7 | | | FOF Folder - Dur Dur meal counts Oct 2020 |
| O-8 | | | FOF Folder - Dur Dur meal counts Nov 2020 |
| O-9 | | | FOF Folder - Dur Dur meal counts Dec 2020 |
| O-10 | | | FOF Folder - Dur Dur meal counts Jan 2021 |
| O-11 | | | FOF Folder - Dur Dur meal counts Feb 2021 |
| O-12 | | | FOF Folder - Dur Dur meal counts March 2021 |
| O-13 | | | FOF Folder - Dur Dur meal counts April 2021 |
| **P – Photos of Defendants and Conspirators** | | | |
| P-1 | | | Photo of Ikram Yusuf Mohamed |
| P-2 | | | Photo of Suleman Yusuf Mohamed |
| P-3 | | | Photo of Aisha Hassan Hussein |
| P-4 | | | Photo of Sahra Sharif Osman |
| P-5 | | | Photo of Shakur Abdinur Abdisalam |
| P-6 | | | Photo of Fadumo Mohamed Yusuf |
| P-7 | | | Photo of Gandi Yusuf Mohamed |
| P-8 | | | Photo of Amina Hussein |
| P-9 | | | Photo of Aimee Marie Bock |
| P-10 | | | Photo of Abdikerm Abdelahi Eidleh |
| P-11 | | | Photo of Hadith Ahmed |
| **Q – New Vision Foundation (Hussein Farah)** | | | |
| Q-1 | | | February 17, 2021 email from Aimee Bock to MDE, subject line: Site ID Request – New Vision Foundation |
| Q-2 | | | March 22, 2021 email from Hussein Farah to Claims at Feeding Our Future, subject line: Claim for week ending 3/20/21 |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| Q-3 | | | March 30, 2021 email from Hussein Farah to Claims at Feeding Our Future, subject line: Claim for week ending 3/27/21 |
| Q-4 | | | April 7, 2021 email from Hussein Farah to Claims at Feeding Our Future, subject line: March 2021 Meal Counts |
| Q-5 | | | May 11, 2021 email from Hussein Farah to Aimee Bock, subject line: Plea from New Vision Foundation |
| Q-6 | | | May 26, 2021 email from Hussein Farah to FOF, subject line: New Vision Foundation April 2021 Claims |
| Q-7 | | | May 26, 2021 email from Hussein Farah to FOF, subject line: New Vision Foundation April 2021 Claims (More claims) |
| Q-8 | | | July 29, 2021 email from Hussein Farah to FOF, subject line: Re: New Vision Foundation Claims – May 2021 |
| Q-9 | | | FOF Folder – "New Vision Foundation 860 Vandalia Street St. Paul, MN 55114" (21 Pages) |
| Q-10 | | | FOF Folder – "New Vision Foundation 860 Vandalia Street St. Paul, MN 55114" (56 pages) |
| Q-11 | | | FOF Folder – "FY21 New Vision June" (134 pages) |
| **R – Comfort Services LLC** | | | |
| R-1 | | | Minnesota Secretary of State, Certificate of Organization for Comfort Services LLC |
| **S – Kickbacks** | | | |
| S-1 | | | September 23, 2019 email chain between Aimee Bock and Molly Townsend, subject: Fwd: Southcross |
| S-2 | | | October 3, 2019 Shopping Center Lease between Carpenter Land Company and Aimee Bock |
| S-3 | | | October 9, 2019 email from Aimee Bock to Shafi Qanyare, subject: Tax ID with attachment titled IRS_Tax_ID_The_Learning_Journey |
| S-4 | | | October 15, 2019 email chain between Aimee Bock and Tyler Schmeizer and others, subject: Insurance certificate with attachment related to insurance at the location of 1506 Southcross drive |
| S-5 | | | December 27, 2019 email chain between Aimee Bock and Shafi Qanyare, subject: Re: Learning Journey Logo |
| S-6 | | | February 24, 2020 email chain between Aimee Bock and Shafi Qanyare, subject: Re: Past Due Notice |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| S-7 | | | June 10, 2020 12:02 email chain between Shafi Qanyare and Aimee Bock, subject: Re: Meeting |
| S-8 | | | June 10, 2020 12:23 email chain between Shafi Qanyare and Aimee Bock, subject: Re: Meeting |
| S-9 | | | July 15, 2021 email chain between Aimee Bock and Andrea Lamb, subject: Fwd: Message from "RNP58387923F34B" with attachment |
| S-10 | | | July 23, 2021 email from Aspire Insurance Group to Ikram Mohamad (amaden2@yahoo.com) subject: FW: The Learning Journey with attachment |
| S-11 | | | $310,000 check from Cosmopolitan Business Solutions LLC to Aimee Bock |
| S-12 | | | Video of Aimee Bock depositing the $310,000 check at Bank of America |
| S-13 | | | August 13, 2021 Purchase of Business Agreement between Learning Journey Child Care and Cosmopolitan Business Solutions LLC seized from the residence of Abdulkadir Salah search warrant |
| S-14 | | | August 13, 2021 Purchase of Business Agreement between Learning Journey Child Care and Cosmopolitan Business Solutions LLC seized from the Feeding Our Future search warrant |
| S-15 | | | August 16, 2021 email from Abdulkadir Salah to Abdulkadir Salah, subject: Doc with attached image of $310,000 check from Cosmopolitan Business Solutions LLC to Aimee Bock |
| S-16 | | | October 25, 2021 email from arcentermsp to Aimee Bock, subject: Past Due Notice |
| S-17 | | | January 24, 2022 Eviction Action Complaint in Dakota County Carpenter Land Company LLP vs. Aimee Bock |
| S-18 | | | August 26, 2022 email between Aimee Bock and Ikram Mohamed, subject: Menu with attached "The Learning Journey's Menu" |
| S-19 | | | Folder – Learning Journey (114 pages) seized from the Feeding our Future office |
| S-20 | | | Folder – Learning Journey (158 pages) seized from the Feeding our Future office |
| S-21 | | | December 18, 2024 email from MN DHS regarding childcare license application status and documentation submitted by Aimee Bock for The Learning Journey, located at 1506 Southcross Drive West, Burnsville, MN 55306 |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| S-29 | | | Summary Chart of Count 40 funds flowing from the Federal Child Nutrition Program to FOF to Safari and back to Aimee Bock |
| S-30 | | | Documents from GoFundMe related to "Feed MN" "This fundraiser is organized by Feeding Our Future II" "A few words from Aimee…." |
| S-31 | | | October 11, 2021 email chain between Aimee Bock and Abshir Omar, subject: Re: GoFundMe Platform |
| S-40 | | | September 8, 2021 Check from Sharing and Caring Childcare (Ikram Mohamed) to Handy Helpers |
| S-60 | | | Minnesota Secretary of State, Certificate of Organization for School Age Consultants |
| S-70 | | | Minnesota Secretary of State, Certificate of Organization for Eidleh Inc. |
| S-71 | | | Minnesota Secretary of State, Certificate of Organization for for math tech tutoring Limited Liability Company |
| S-72 | | | Minnesota Secretary of State, Certificate of Organization for Bridge Consulting and Logistics Inc. |
| S-73 | | | Minnesota Secretary Certificate of Organization for Bridge Logistics LLC |
| S-74 | | | Minnesota Secretary Certificate of Organization for Hope Suppliers LLC |
| S-75 | | | Minnesota Secretary Certificate of Organization for Delta Food Services LLC |
| S-76 | | | Folder – Abdikerm Eidleh Feeding Our Future employee file (47 pages) seized from the Feeding our Future office |
| **V – Emails** | | | |
| V-1 | | | Google Subscriber Information for account gandimohamed@gmail.com |
| V-2 | | | Google Subscriber Information for account comfortpca@gmail.com |
| V-3 | | | May 2, 2020 email from Gandi Mohamed to Gandi Mohamed with an attached drivers license for Gandi Mohamed |
| V-4 | | | May 8, 2020 email to Gandi Mohamed with subject "FW: Photos" and attached images |
| V-5 | | | May 8, 2020 email to Gandi Mohamed with subject title "Fw: Inspection Report" |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| V-6 | | | May 13, 2020 email from Gandi Mohamed to Gandi Mohamed with an attachment titled "1230_Logan_Ave_N" |
| V-7 | | | June 26, 2020 email from Gandi Mohamed with an attached gift letter from Ikram Mohamed |
| V-8 | | | November 12, 2020 email from Gandi Mohamed to himself with subject titled "GAK PROPERTIES LLC" and attachments |
| V-9 | | | December 14, 2020 email from Aimee Bock to MDE with attached site application for United Youth Lake Street |
| V-10 | | | December 14, 2020 email from Aimee Bock to MDE with attached site application for United Youth Logan |
| V-11 | | | January 4, 2021 email from Gandi Mohamed with attached GAK Properties corporate records |
| V-13 | | | February 2, 2021 email from Gandi Mohamed with attached Inspiring Youth corporate records |
| V-14 | | | February 5, 2021 email from Feeding Our Future with subject title "Attendance & Meal count sheets" |
| V-15 | | | February 13, 2021 email from Aimee Bock to MDE with subject title " Re: Sites List 2/12" |
| V-16 | | | February 18, 2021 email from Gandi Mohamed with attached Star Distribution corporate records |
| V-17 | | | February 24, 2021 email from Gandi Mohamed to Aimee Bock with subject title "United Youth of MPLS" |
| V-18 | | | February 25, 2021 email from Gandi Mohamed to Aimee Bock with attached February 2021 meal counts for Masha Allah |
| V-19 | | | February 26, 2021 email from Gandi Mohamed to Aimee Bock with attached February 2021 meal counts for Rattil |
| V-20 | | | February 27, 2021 email from Gandi Mohamed to Gandi Mohamed with attached February 2021 meal counts for Inspiring Youth |
| V-21 | | | February 27, 2021 email from Inspiring Youth to Feeding Our Future with attached February 2021 meal counts for Inspiring Youth |
| V-22 | | | March 1, 2021 email from Gandi Mohamed to Gandi Mohamed wit attached corporate records for Hope Helping Hearts |
| V-23 | | | March 2, 2021 email from Amina Hussein to Gandi Mohamed with attached drivers license for Ardo Guled |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| V-24 | | | March 7, 2021 email from Ikram Mohamed to Star Distribution with attached excel invoices |
| V-25 | | | March 10, 2021 email from Gandi Mohamed with attached corporate records for IM Consulation |
| V-26 | | | March 15, 2021 email from Gandi Mohamed to Active Minds with attached February 2021 meal counts for Active Minds |
| V-27 | | | March 30, 2021 email from Gandi Mohamed with attached corporate records for Star Restaurant |
| V-28 | | | February 4, 2021 email from Gandi Mohamed with attached January 2021 meal counts for United Youth |
| V-29 | | | April 4, 2021 email from Gandi Mohamed to Feeding Our Future with attached March 2021 meal counts and rosters for United Youth |
| V-30 | | | April 6, 2021 email from Gandi Mohamed to Feeding Our Future with attached March 2021 meal counts and rosters for Active Minds |
| V-32 | | | April 20, 2021 email from Afrique to Ikram Mohamed with attached invoices for Inspiring Youth and United Youth |
| V-33 | | | April 20, 2021 email from Gandi Mohamed to Aimee Bock with attached March 2021 Star Distribution invoices for United Youth |
| V-34 | | | April 28, 2021 email from Gandi Mohamed to Aimee Bock with attached March 2021 meal counts for Masha Allah |
| V-35 | | | May 4, 2021 email from Gandi Mohamed to Feeding Our Future with attached with March 2021 meal counts and Star invoices for Rattil |
| V-36 | | | May 4, 2021 email from Gandi Mohamed with attached April 2021 meal counts, Star invoices, and rosters for United Youth |
| V-37 | | | May 5, 2021 email from Gandi Mohamed with attached April 2021 meal counts, Star invoices, and rosters for Inspiring Youth |
| V-38 | | | May 7, 2021 email from Gandi Mohamed to Gandi Mohamed with pre-populated perfect attendance rosters, with no names |
| V-39 | | | May 7, 2020 email from Gandi Mohamed with attached corporate records for 1230 Logan LLC |
| V-40 | | | May 10, 2021 email from Gandi Mohamed to Active Minds with attached April 2021 meal counts, Star invoices, and attendance rosters for Active Minds |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| V-41 | | | May 10, 2021 email from Active Minds to Feeding Our Future with attached April 2021 meal counts, Star invoices, and attendance rosters for Active Minds |
| V-42 | | | May 10, 2021 email from Gandi Mohamed to Feeding Our Future with attached April 2021 meal counts, Star invoices, and attendance rosters for Rattil |
| V-43 | | | June 4, 2021 email from Gandi Mohamed to Active Minds with attached May 2021 meal counts, Star invoices, and attendance rosters for Active Minds |
| V-44 | | | June 4, 2021 email from Gandi Mohamed to Active Minds with attached May 2021 meal counts, Star invoices, and attendance rosters for Active Minds {not a duplicate to V43} |
| V-45 | | | June 4, 2021 email from Gandi Mohamed to United Youth with attached May 2021 meal counts, Star invoices, and attendance rosters for United Youth |
| V-46 | | | June 7, 2021 email from Gandi Mohamed to Inspiring Youth with attached May 2021 meal counts, Star invoices, and attendance rosters for Inspiring Youth |
| V-47 | | | June 9, 2021 email from Gandi Mohamed to Feeding Our Future with attached May 2021 meal counts, Star invoices, and attendance rosters for Youth International Club |
| V-48 | | | July 1, 2021 email from Gandi Mohamed to Feeding Our Future with attached June 2021 meal counts for Rattil |
| V-49 | | | July 5, 2021 email from Gandi Mohamed to Inspiring Youth with attached June 2021 meal counts and attendance rosters for Inspiring Youth |
| V-50 | | | July 7, 2021 email from Gandi Mohamed to Feeding Our Future with attached June 2021 Star Invoices and attendance rosters for United Youth |
| V-51 | | | July 14, 2021 email from Gandi Mohamed to Feeding Our Future with attached March 2021 meal counts, Star invoices, and attendance rosters for Youth International Club |
| V-52 | | | July 14, 2021 email from Gandi Mohamed to Feeding Our Future with attached June 2021 meal counts, Star invoices, and attendance rosters for Youth International Club |
| V-53 | | | July 14, 2021 email from Gandi Mohamed with attached corporate records for Amira Childcares LLC |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| V-54 | | | July 30, 2021 email from Gandi Mohamed to Feeding Our Future with attached May 2021 meal counts, Star invoices, and attendance rosters for Aim for the Future |
| V-55 | | | July 30, 2021 email from Gandi Mohamed to Feeding Our Future with attached May 2021 meal counts, Star invoices, and attendance rosters for Aim for the Stars |
| V-56 | | | August 12, 2021 email from Gandi Mohamed to Feeding Our Future with attached June 2021 Star invoices for Active Minds |
| V-57 | | | August 13, 2021 email from Gandi Mohamed to Feeding Our Future with attached March 2021 meal counts, Star invoices, and attendance rosters for Aim for the Stars |
| V-58 | | | August 13, 2021 email from Gandi Mohamed to Feeding Our Future with attached April 2021 meal counts, Star invoices, and attendance rosters for Aim for the Stars |
| V-59 | | | August 13, 2021 email from Gandi Mohamed to Feeding Our Future with attached May 2021 meal counts, Star invoices, and attendance rosters for Aim for the Stars |
| V-60 | | | August 13, 2021 email from Gandi Mohamed to Feeding Our Future with attached June 2021 meal counts, Star invoices, and attendance rosters for Youth International Club |
| V-61 | | | August 16, 2021 email from Gandi Mohamed to Feeding Our Future with attached April 2021 meal counts, Star invoices, and attendance rosters for Youth International Club |
| V-62 | | | August 16, 2021 email from Gandi Mohamed to Feeding Our Future with attached April 2021 meal counts, Star invoices, and attendance rosters for Youth International Club |
| V-63 | | | August 28, 2021 email from Gandi Mohamed to Feeding Our Future with attached March 2021 meal counts, and attendance rosters for Rattill |
| V-64 | | | September 2, 2021 email from Gandi Mohamed with attached corporate records for Sharing and Caring Daycare LLC |
| V-65 | | | September 3, 2021 email from Gandi Mohamed with attached corporate records for GAK Properties and a contract for deed |
| V-66 | | | September 7, 2021 email from Gandi Mohamed with subject line "food manager certification" |
| V-67 | | | September 20, 2021 email from Gandi Mohamed with attached corporate records for Mile's Star Daycare LLC |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| V-68 | | | October 29, 2021 email from Gandi Mohamed to Feeding Our Future with attached June 2021 meal counts, and attendance rosters for Active Minds |
| V-69 | | | October 29, 2021 email from Gandi Mohamed to Feeding Our Future with attached March 2021 meal counts, and attendance rosters for Inspiring Youth |
| V-70 | | | October 29, 2021 email from Gandi Mohamed to Feeding Our Future with attached Star invoices for Rattill |
| V-71 | | | October 29, 2021 email from Gandi Mohamed to Feeding Our Future with attached May 2021 meal counts, Star invoices, and attendance rosters for Rattill |
| V-72 | | | October 29, 2021 email from Gandi Mohamed to Feeding Our Future with attached Star invoices for United Youth |
| V-73 | | | October 29, 2021 email from Gandi Mohamed to Gandi Mohamed with attached June 2021 meal counts, and attendance rosters for United Youth |
| V-74 | | | November 1, 2021 email from Gandi Mohamed to Gandi Mohamed with attached meal counts for United Youth |
| V-75 | | | November 4, 2021 email from Gandi Mohamed with attached meal counts for Arcade |
| V-76 | | | November 22, 2021 email from Gandi Mohamed with attached meal counts and Star invoices for United Youth |
| V-77 | | | November 27, 2021 email from Gandi Mohamed with credentials for Star Distribution |
| V-78 | | | November 27, 2021 email from Gandi Mohamed with excel file for Star Distribution invoices |
| V-79 | | | November 30, 2021 email from Aimee Bock to Gandi Mohamed with food buying guide |
| V-80 | | | November 30, 2021 email from Gandi Mohamed to Ossama Eldahshoury with food buying guide |
| V-81 | | | December 3, 2021 email from Gandi Mohamed with attached meal counts for various sites |
| V-82 | | | December 6, 2021 email to Gandi Mohamed with attached Feeding Our Future job descriptions |
| V-83 | | | December 7, 2021 email to Gandi Mohamed with linked United Youth spreadsheet |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| V-84 | | | December 8, 2021 email to Gandi Mohamed to Aimee Bock with list of checks by site |
| V-85 | | | December 8, 2021 email from IM Consultation to Gandi Mohamed with a $10,000 invoice to Aimee Bock for setting up new sites |
| V-86 | | | December 8, 2021 email from IM Consulation to Aimee Bock with a $10,000 invoice to Aimee Bock for setting up new sites |
| V-87 | | | December 8, 2021 email from IM Consultation to Gandi Mohamed with a $10,000 invoice receipt |
| V-88 | | | December 8, 2021 email from IM Consulation to Aimee Bock with a $10,000 invoice to Aimee Bock for document audit, count audit, monitoring, travel |
| V-89 | | | December 8, 2021 email from Gandi Mohamed to Gandi Mohamed with invoices and deposits from IM Consultation |
| V-90 | | | December 10, 2021 email from Aimee Bock to Gandi Mohamed with attached food portion guide |
| V-91 | | | December 10, 2021 email from Gandi Mohamed with information for site entities |
| V-92 | | | December 13, 2021 email from Gandi Mohamed with attached corporate records for Miles Star Daycare LLC |
| V-93 | | | December 16, 2021 email from Gandi Mohamed with attached corporate records for Skyline Distribution LLC |
| V-94 | | | December 17, 2021 email from Gandi Mohamed to Amina Hussein with attached meal count sheets and invoices for United Youth |
| V-95 | | | December 27, 2021 email from Gandi Mohamed to Amina Hussein with attached listing of Star Distribution checks |
| V-96 | | | December 27, 2021 email from Gandi Mohamed to Amina Hussein with attached Star Distribution invoices for meals, and lists of food quantities |
| V-97 | | | December 29, 2021 email from Gandi Mohamed with attached corporate records for Swift Distribution Services LLC |
| V-98 | | | December 29, 2021 email from Ikram Mohamed with attached Star Distribution invoice for Oak Leaf |
| V-99 | | | December 31, 2021 email from Gandi Mohamed to Gandi Mohamed with attached cash management agreement for United Youth |
| V-100 | | | January 3, 2022 email from Gandi Mohamed with attached corporate records for 1st attentive services L.L.C. |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| V-101 | | | January 4, 2022 email from Gandi Mohamed with credentials for Active Minds |
| V-102 | | | January 4, 2022 email from Gandi Mohamed with attached corporate records for On Time Deliveries LLC |
| V-103 | | | January 8, 2022 email to Gandi Mohamed with subject line "RE: Bookkeeping on All Companies" and attachment titled "Companies_Status" |
| V-104 | | | January 11, 2022 email from Gandi Mohamed with attachment titled "Companies_Status" |
| V-105 | | | January 12, 2022 email from Amina Hussein to Gandi Mohamed with link to spreadsheet titled "STAR DISTRIBUTION FOOD ORDERED" |
| V-106 | | | January 12, 2022 email from Gandi Mohamed to Amina Hussein with attached December 2021 meal counts and attendance rosters for United Youth |
| V-107 | | | January 13, 2022 email to Gandi Mohamed with attached invoices from Afrique for Inspiring Youth and United Youth |
| V-108 | | | January 14, 2022 email from Amina Hussein to Gandi Mohamed with link to spreadsheet titled "UNITED YOUTH INVOICES TO FOF" |
| V-109 | | | January 19, 2022 email from Gandi Mohamed with attached corporate records for Food Line Distribution LLC |
| V-110 | | | January 21, 2022 email from Gandi Mohamed with attached excel invoices to Feeding Our Future and lists of checks |
| V-111 | | | January 22, 2022 email from Gandi Mohamed to Amina Hussein with attached excel listing of Inspiring Youth checks |
| V-112 | | | January 22, 2022 email from Gandi Mohamed to Amina Hussein with attached excel listing of United Youth checks |
| V-113 | | | January 22, 2022 email from Gandi Mohamed with attached excel listing of Active Minds checks |
| V-114 | | | January 26, 2022 email from Gandi Mohamed to Amina Hussein with attached 1099 files for Star Distribution, United Youth, Actinve Minds, Inspiring Youth |
| V-115 | | | January 27, 2022 email from Gandi Mohamed to Amina Hussein with attached checks listing for Active Minds |
| V-116 | | | January 28, 2022 email from Gandi Mohamed to Amina Hussein with attached checks listing for Star Distribution |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| V-117 | | | January 29, 2022 email from Gandi Mohamed with attached I.M. Consultation financials |
| V-118 | | | January 31, 2022 email to Gandi Mohamed with attached 1099 forms for Star Distribution |
| V-119 | | | February 17, 2022 email from Gandi Mohamed with attached corporate records for IM Consulation |
| V-120 | | | May 1, 2023 email to Gandi Mohamed with attached resume |
| V-121 | | | February 20, 2022 email from Gandi Mohamed to Ikram Moahmed with attached contract between Dua Supplies and Ikram |
| V-122 | | | July 29, 2020 email from Aimee Bock to Kendra Pace and MDE email, subject: SFSP Site Application – SIR Boxing with attachment |
| V-123 | | | August 17, 2021 email from Aimee Bock to Kendra Pace and MDE email, subject: Name Change |
| V-124 | | | September 29, 2021 email chain between Aimee Bock and Ikram Mohamed, subject: Fwd: F.O.F. Arcade (sir boxing) |
| V-125 | | | October 6, 2021 email from Amina Hussein to Ikram Mohamed, subject: Arcade with attachment |
| **W – Bank Records** | | | |
| W-1 | | | Feeding Our Future BBVA Account Checking Account ending in 4783 |
| W-2 | | | Feeding Our Future Bank of America Checking Account ending in 3156 |
| W-2a | | | Statements Only – Feeding Our Future Bank of America Checking Account ending in 3156 |
| W-2b | | | Deposits Only – Feeding Our Future Bank of America Checking Account ending in 3156 |
| W-2c | | | Hope Suppliers Checks – Feeding Our Future Bank of America Checking Account ending in 3156 |
| W-2d | | | Hope Suppliers Checks – Feeding Our Future Bank of America Checking Account ending in 3156 |
| W-2e | | | Star Distribution Checks – Feeding Our Future Bank of America Checking Account ending in 3156 |
| W-3 | | | IM Consultation LLC Woodlands National Bank Checking Account ending in 6343 |
| W-4 | | | Inspiring Youth & Out Reach LLC Bank of America Checking Account ending in 0771 |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| W-5 | | | Sharing & Caring Childcare LLC Woodlands National Bank Checking Account ending in 5017 |
| W-6 | | | United Youth of Mpls LLC Woodlands National Bank Checking Account ending in 6070 |
| W-7 | | | Youth International Club Bank of America Checking Account ending in 5704 |
| W-8 | | | Youth International Club Bank of America Checking Account ending in 6177 |
| W-9 | | | Active Mind's Youth LLC Bank of America Checking Account ending in 6274 |
| W-10 | | | G.A.K. Properties LLC Bank of America Checking Account ending in 6855 |
| W-11 | | | G.A.K. Properties LLC Woodlands National Bank Checking Account ending in 0126 |
| W-12 | | | GIF Properties LLC Bank of America Checking Account ending in 9787 |
| W-13 | | | GIF Properties LLC Woodlands National Bank Checking Account ending in 0113 |
| W-14 | | | Star Distribution LLC Bank of America Checking Account ending in 6193 |
| W-15 | | | Star Distribution LLC Woodlands National Bank Checking Account ending in 6174 |
| W-16 | | | Ikram Y. Mohamed Woodlands National Bank Checking Account ending in 0985 |
| W-17 | | | Ikram Yusuf Mohamed Bank of America Checking Account ending in 3741 |
| W-18 | | | Gandi Yusuf Mohamed BMO Harris Bank Checking Account ending in 3666 |
| W-19 | | | Gandy Y Mohamed and Samsam Jama Mohamed Bank of America Checking Account ending in 9972 |
| W-20 | | | Gandi Abdi Kediye JP Morgan Chase Bank Checking Account ending in 9772 |
| W-21 | | | Gandi A. Kediye Woodlands National Bank Checking Account ending in 1623 |
| W-22 | | | Samsam Mohamed and Gandi Y. Mohamed Bank of America Checking Account ending in 3582 |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| W-23 | | | Comfort Services LLC Bank of America Checking Account ending in 2326 |
| W-24 | | | Swift Distribution Services LLC Bank of America Checking Account ending in 4246 |
| W-25 | | | Caremark Home Health Care LLC Bank of America Checking Account ending in 6871 |
| W-26 | | | Hope Helping Hearts LLC Bank of America Checking Account ending in 9370 |
| W-27 | | | 1st Attentive Services LLC Bank of America Checking Account ending in 6868 |
| W-28 | | | New Vision Foundation American National Bank Checking Account ending in 5183 |
| W-29 | | | Grand Distribution LLC Bank of America Checking Account ending in 8893 |
| W-30 | | | Grand Distribution LLC Bank of America Savings Account ending in 8903 |
| W-31 | | | A Caring Home LLC BMO Harris Bank Checking Account ending in 0996 |
| W-32 | | | A Caring Home LLC Bank of America Checking Account ending in 0929 |
| W-33 | | | Gandi Yusuf Mohamed and Samsam Mohamed BMO Harris Bank Checking account ending in 7695 |
| W-34 | | | Gandi Yusuf Mohamed US Bank Mortgage Account ending in 9219 |
| W-35 | | | Gandi Yusuf Mohamed US Bank Mortgage Account ending in 1463 |
| W-36 | | | Gandi Yusuf Mohamed US Bank Mortgage Account ending in 5646 |
| W-37 | | | Gandi Yusuf Mohamed US Bank Mortgage Account ending in 5689 |
| W-38 | | | Gandi Yusuf Mohamed and Samsam Jama Mohamed US Bank Mortgage Account ending in 7294 |
| W-39 | | | Gandi Y Mohamed and Samsam J Mohamed JP Morgan Chase Auto Loan Account ending in 0608 |
| W-40 | | | Suleman Yusuf Mohamed Bank of America Checking Account ending in 7259 |
| W-41 | | | Suleman Yusuf Mohamed Bank of America Savings Account ending in 3568 |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| W-42 | | | Suleman Y Mohamed and Ardo M Guled Ideal Credit Union Savings Account ending in 2374 |
| W-43 | | | Suleman Yusuf Mohamed and Ardo Guled Ideal Credit Union Auto Loan Account ending in 2316 |
| W-44 | | | Suleman Y Mohamed CashApp Account C_h9cnramga |
| W-45 | | | Aisha H. Hussein Wells Fargo Bank Checking Account ending in 4843 |
| W-46 | | | Aisha H. Hussein Wells Fargo Bank Savings Account ending in 6135 |
| W-47 | | | Sahra S. Osman Wells Fargo Bank Checking Account ending in 7245 |
| W-48 | | | Sahra S. Osman Wells Fargo Bank Checking Account ending in 0641 |
| W-49 | | | Sahra S. Osman and Abdirahim M. Ahmed Wells Fargo Bank Savings Account ending in 5135 |
| W-50 | | | HHF Trucking LLC Wells Fargo Bank Checking Account ending in 2272 |
| W-51 | | | Sahra S. Osman and Bilal A Mohamed Wells Fargo Bank Checking Account ending in 7625 |
| W-52 | | | Sarha S. Osman and Haarun A Mohamed Wells Fargo Bank Checking Account ending in 6222 |
| W-53 | | | Sahra S. Osman and Hamza A Mohamed Wells Fargo Bank Checking Account ending in 7633 |
| W-54 | | | Sahra S. Osman and Hanad Mohamed Wells Fargo Bank Checking Account ending in 0296 |
| W-55 | | | Abdirahim M Ahmed and Hani Mohamed Wells Fargo Bank Checking Account ending in 4529 |
| W-56 | | | Shakur Abdisalam Wells Fargo Bank Checking Account ending in 3897 |
| W-57 | | | Shakur Abdisalam and Amaden S. Abdinur Wells Fargo Bank Checking Account ending in 1361 |
| W-58 | | | Fadumo M. Yusuf Wells Fargo Bank Checking Account ending in 9792 |
| W-59 | | | Fadumo M. Yusuf Wells Fargo Bank Checking Account ending in 1802 |
| W-60 | | | Mahdi A. Muse Wells Fargo Bank Checking Account ending in 0757 |
| W-61 | | | Mahdi A. Muse Wells Fargo Bank Savings Account ending in 7766 |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| W-62 | | | Fardowsa Y. Mohamed Bank of America Checking Account ending in 1437 |
| W-63 | | | Fardowsa Y. Mohamed Bank of America Checking Account ending in 5423 |
| W-64 | | | Fardowsa Y. Mohamed BMO Harris Bank Checking Account ending in 0405 |
| W-68 | | | Aimee M Bock US Bank Checking Account ending in 4223 |
| W-69 | | | Aimee M Bock US Bank Checking Account ending in 9931 |
| W-70 | | | Aimee M Bock US Bank Savings Account ending in 5306 |
| W-71 | | | School Age Consultants LLC Bank of America Checking Account ending in 3420 |
| W-72 | | | Eidleh Inc Wells Fargo Bank Checking Account ending in 4864 |
| W-73 | | | Eidleh Inc BBVA Compass Bank Checking Account ending in 7704 |
| W-74 | | | Eidleh Inc Associated Bank Checking Account ending in 8384 |
| W-75 | | | Eidleh Inc JP Morgan Chase Bank Checking Account ending in 3992 |
| W-76 | | | Eidleh Inc JP Morgan Chase Bank Savings Account ending in 8188 |
| W-77 | | | Math Tech Tutoring LLC JP Morgan Chase Bank Checking Account ending in 3306 |
| W-78 | | | Math Tech Tutoring LLC JP Morgan Chase Bank Savings Account ending in 0571 |
| W-79 | | | Hope Suppliers LLC US Bank Checking Account ending in 9819 |
| W-80 | | | Hope Suppliers LLC Wells Fargo Bank Checking Account ending in 1711 |
| W-81 | | | Hope Suppliers LLC JP Morgan Chase Bank Checking Account ending in 3092 |
| W-82 | | | Hope Suppliers LLC JP Morgan Chase Bank Savings Account ending in 8073 |
| W-83 | | | Hope Suppliers LLC Associated Bank Checking Account ending in 1597 |
| W-84 | | | Bridge Logistics LLC Bank of America Checking Account ending in 5351 |
| W-85 | | | Bridge Logistics LLC Bank of America Savings Account ending in 8094 |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| W-86 | | | Bridge Logistics LLC JP Morgan Chase Bank Checking Account ending in 5900 |
| W-87 | | | Bridge Logistics LLC JP Morgan Chase Bank Savings Account ending in 2902 |
| W-88 | | | Bridge Consulting and Logistics LLC Bank of America Checking Account ending in 1833 |
| W-89 | | | Barakeeye Transport LLC Wells Fargo Bank Checking Account 8201 |
| W-90 | | | Delta Food Services LLC JP Morgan Chase Bank Checking Account ending in 8175 |
| W-91 | | | Delta Food Services LLC Sunrise Banks Checking Account ending in 6169 |
| W-92 | | | Abdikerm A Eidleh Wells Fargo Bank Checking Account ending in 5644 |
| W-93 | | | Abdikerm A Eidleh Wells Fargo Bank Savings Account ending in 9467 |
| W-94 | | | Abdikerm A Eidleh Wells Fargo Bank Savings Account ending in 2627 |
| W-95 | | | Abidkerm A Eidleh Wells Fargo Bank Savings Account ending in 5997 |
| W-96 | | | Abdikerm A Eidleh Associated Bank Checking Account ending in 7911 |
| W-97 | | | Bridge Consulting and Logistics LLC Bank of America Credit Card Account ending in 9380 |
| W-98 | | | Abdikerm A Eidleh Wells Fargo Bank Credit Card Account ending in 9686 |
| W-99 | | | Soutwest Metro Youth Wells Fargo Bank Checking Account ending in 1707 |
| W-100 | | | Mizal Consulting LLC Wells Fargo Bank Checking Account ending in 8872 |
| W-101 | | | Hadith Y Ahmed Wells Fargo Bank Checking Account ending in 9683 |
| W-102 | | | Hadith Y Ahmed Wells Fargo Bank Savings Account ending in 9872 |
| W-103 | | | Dua Supplies & Distribution Inc BMO Harris Checking Account ending in 3167 |
| W-104 | | | Dua Supplies & Distribution Inc BMO Harris Checking Account ending in 5769 |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| W-105 | | | Dua Supplies & Distribution Inc BMO Harris Checking Account ending in 9268 |
| W-106 | | | Dua Supplies & Distribution Inc Huntington National Bank Checking Account ending in 3605 |
| W-107 | | | Bubah Baraka Properties LLC BMO Harris Checking Account ending in 1676 |
| W-108 | | | The Produce LLC US Bank Checking Account ending in 7304 |
| W-109 | | | The Produce LLC Wells Fargo Bank Checking Account ending in 5084 |
| W-110 | | | Fahad Nur dba Fahad Nur US Bank Checking Account ending in 4139 |
| W-111 | | | Fabulous Restaurant and Catering TruStone Financial Checking Account ending in 2155-0002 |
| W-112 | | | Afique Hospitality Group Bank of America Checking Account ending in 0835 |
| W-113 | | | Afro Produce LLC Bank of America Checking Account ending in 8606 |
| W-114 | | | Afro Produce LLC Bank of America Checking Account ending in 6658 |
| W-115 | | | Afro Produce LLC Bank of America Checking Account ending in 9887 |
| **X – Financial Charts** | | | |
| X-1 | | | Feeding Our Future Claims by Site per Year |
| X-2 | | | Feeding Our Future Claims by Site per Year w Safari Highlights |
| X-3 | | | IM Consultation LLC Sources and Uses of Funds |
| X-4 | | | Inspiring Youth & Out Reach LLC Sources and Uses of Funds |
| X-5 | | | United Youth of Mpls LLC Sources and Uses of Funds |
| X-6 | | | Active Mind's Youth LLC Sources and Uses of Funds |
| X-7 | | | Youth International Club Sources and Uses of Funds |
| X-8 | | | Star Distribution LLC Sources and Uses of Funds |
| X-9 | | | GAK Properties LLC Sources and Uses of Funds |
| X-10 | | | GIF Properties LLC Sources and Uses of Funds |
| X-11 | | | Chart showing flow of funds from family sites to GIF Properties / GAK Properties |
| X-12 | | | 1229 East Lake Street Food Sites |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| X-13 | | | Summary Schedule of Total Meals and Dollar Amounts Claimed by Site |
| X-14 | | | School Age Consultants LLC Sources and Uses of Funds |
| X-15 | | | Eidleh Inc. Sources and Uses of Funds |
| X-16 | | | Bridge Logistics LLC Sources and Uses of Funds |
| X-17 | | | Bridge Consulting & Logistics LLC Sources and Uses of Funds |
| X-18 | | | Hope Suppliers LLC Sources and Uses of Funds |
| X-19 | | | Math Tech Tutoring LLC Sources and Uses of Funds |
| X-20 | | | Delta Food Services LLC Sources and Uses of Funds |
| X-21 | | | Feeding Our Future Employee's Personal Benefit – Food Program Money Received by Aimee Bock, Abdikerm Eidleh, Hadith Ahmed, and Ikram Mohamed |
| X-22 | | | Southwest Metro Youth Sources and Uses of Funds |
| X-23 | | | Mizal Consulting and Hadith Y. Ahmed Personal Sources and Uses of Funds |
| X-24 | | | Feeding Our Future Combined Scheduled Accounts |
| X-70 | | | Summary Maps of site location meals claimed and dollar amount |
| X-71 | | | Demonstrative - Fly over Lake Street Sites |
| X-72 | | | Demonstrative - Growth of Sites in the Program |
| **Z – Counts** | | | |
| Z-0 | | | Letter from Google Legal Investigations Support reflecting no records of Google having a server in the state of Minnesota |
| Z-2 | | | February 24, 2021 an email from AISHA HUSSEIN containing meal count sheets with the subject line "Lake Street location" to Feeding Our Future that traveled through servers located outside the state of Minnesota |
| Z-3 | | | March 7, 2021 an email from IKRAM MOHAMED to SULEMAN MOHAMED with the subject line "Invoices" that traveled through servers located outside the state of Minnesota |
| Z-4 | | | March 15, 2021 an email from FADUMO YUSUF to Feeding Our Future with the subject line "Active minds" that passed through servers located outside the state of Minnesota |

27 of 32

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| Z-5 | | | March 25, 2021 a payment in the amount of approximately $240,920 from a Feeding Our Future bank account to an Active Mind's Youth LLC bank account controlled by FADUMO YUSUF |
| Z-6 | | | May 5, 2021 an email from AISHA HASSAN HUSSEIN to Feeding Our Future with the subject line "April 2021" that passed through servers located outside the state of Minnesota |
| Z-7 | | | May 5, 2021 an email from SHAKUR ABDISALAM to Feeding Our Future attaching meal counts and rosters for Inspiring Youth and Outreach. |
| Z-8 | | | May 7, 2021 a payment in the amount of approximately $199,571 from a Feeding Our Future bank account to an Inspiring Youth & Outreach LLC bank account controlled by SHAKUR ABDISALAM |
| Z-9 | | | May 7, 2021 a payment in the amount of approximately $210,088 from a Feeding Our Future bank account to a United Youth of Mpls LLC bank account controlled by AISHA HUSSEIN |
| Z-10 | | | May 17, 2021 a payment in the amount of approximately $215,107 from a Feeding Our Future bank account to a United Youth of Mpls LLC bank account controlled by AISHA HUSSEIN |
| Z-11 | | | May 17, 2021 a payment in the amount of approximately $200,766 from a Feeding Our Future bank account to an Inspiring Youth & Outreach LLC bank account controlled by SHAKUR ABDISALAM |
| Z-12 | | | May 24, 2021 a payment in the amount of approximately $270,345 from a Feeding Our Future bank account to an Active Mind's Youth LLC bank account controlled by FADUMO YUSUF |
| Z-13 | | | June 6, 2021 an email from FADUMO MOHAMED YUSUF to Feeding Our Future with the subject line "MAY 2021" that passed through servers located outside the state of Minnesota |
| Z-14 | | | June 10, 2021 an email from SHAKUR ABDISALAM to Feeding Our Future attaching meal counts and invoices for Inspiring Youth and Outreach. |
| Z-15 | | | June 11, 2021 a payment in the amount of approximately $300,000 from a Feeding Our Future bank account to a Youth International Club bank account controlled by SAHRA OSMAN |
| Z-16 | | | June 18, 2021 a payment in the amount of approximately $348,234 from a Feeding Our Future bank account to a United Youth of Mpls LLC bank account controlled by AISHA HUSSEIN |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| Z-17 | | | July 5, 2021 an email from SHAKUR ABDINUR ABDISALAM to Aimee Bock and another Feeding Our Future employee with the subject line "June" that passed through servers located outside the state of Minnesota |
| Z-18 | | | July 7, 2021 a payment in the amount of approximately $236,139 from a Feeding Our Future bank account to an Active Mind's Youth LLC bank account controlled by FADUMO YUSUF |
| Z-19 | | | July 27, 2021 an email from GANDI YUSUF MOHAMED to Feeding Our Future with the subject line "youth international club" that passed through servers located outside the state of Minnesota |
| Z-20 | | | July 29, 2021 an email from GANDI YUSUF MOHAMED to Feeding Our Future with the subject line "youth edina" that passed through servers located outside the state of Minnesota |
| Z-21 | | | August 13, 2021 an email from GANDI YUSUF MOHAMED to Feeding Our Future with the subject line "inspiring" that passed through servers located outside the state of Minnesota |
| Z-22 | | | August 13, 2021 an email with the subject line "EVERYTHING UNITED YOUTH" sent to a Feeding Our Future employee that passed through servers located outside the state of Minnesota |
| Z-23 | | | August 13, 2021 a payment in the amount of $265,298 from a Feeding Our Future bank account to a Youth International bank account controlled by SAHRA OSMAN |
| Z-24 | | | August 18, 2021 a payment in the amount of approximately $476,625 from a Feeding Our Future bank account to a Star Distribution bank account controlled by SULEMAN MOHAMED |
| Z-25 | | | October 2, 2021 a payment in the amount of approximately $691,875 from a Feeding Our Future bank account to a Star Distribution bank account controlled by SULEMAN MOHAMED |
| Z-26 | | | *(Conspiracy to Commit Federal Programs Bribery)* *No Document* |
| Z-27 | | | *(Conspiracy to Commit Money Laundering)* *No Document* |
| Z-28 | | | March 4, 2021 deposit of a cashier's check in the amount of approximately $15,722 from a Star Distribution LLC account to King Cargo Vans & Salvage, for the purchase of a 2015 Ford T-150 Cargo Van |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| Z-29 | | | April 6, 2021 deposit of a cashier's check in the amount of approximately $18,000 from an account controlled by defendant SULEMAN YUSUF MOHAMED to Morrie's Auto Group, for the purchase of a 2015 Land Rover |
| Z-30 | | | April 30, 2021 ACH transfer in the amount of approximately $14,509 from a GAK Properties LLC account to 403 Union Street LLC for a contract-for-deed payment |
| Z-31 | | | June 1, 2021 an ACH transfer in the amount of approximately $14,509 from a GAK Properties LLC account to 403 Union Street LLC for a contract-for-deed payment |
| Z-32 | | | July 4, 2021 ACH transfer in the amount of approximately $14,500 from a STAR DISTRIBUTION LLC account to GM Financial for a loan payment of a 2018 GMC Yukon |
| Z-33 | | | September 22, 2021 ACH transfer in the amount of approximately $12,571 from an account controlled by defendant SULEMAN YUSUF MOHAMED and A.M.G. to Ideal Credit Union for the loan payoff of a 2015 Land Rover |
| Z-34 | | | October 22, 2021 a bankcard transfer in the amount of approximately $12,680 from a GAK Properties LLC account to Twin City Hardware |
| Z-35 | | | November 6, 2021 an ACH transfer in the amount of approximately $14,300 from an IM CONSULTATION LLC account to GM Financial for a loan payoff of a 2018 GMC Yukon |
| Z-36 | | | December 31, 2021 an ACH transfer in the amount of approximately $14,509 from a GAK Properties LLC account to 403 Union Street LLC for a contract-for-deed payment |
| **BB – Search of Aimee Marie Bock's Residence on January 20, 2022** | | | |
| BB-1 | | | Photographs from federal search warrant conducted on January 20, 2022 at Aimee Bock's residence at 13299 Bronze Parkway Rosemount, MN |
| BB-32 | | | Text conversation between Aimee Bock and Ikram Mohamed |
| BB-32a | | | Text message string between Aimee Bock and Ikram Mohamed on June 21, 2021 |
| BB-32b | | | Text message string between Aimee Bock and Ikram Mohamed on June 22, 2021 |
| BB-32c | | | Text message from Ikram Mohamed to Aimee Bock on December 29, 2021 |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| BB-32d | | | Text messages from Aimee Bock to Ikram Mohamed on January 6, 2022 |
| BB-32e | | | Text messages from Aimee Bock to Ikram Mohamed on January 19, 2022 |
| BB-32f | | | Text messages from Aimee Bock to Ikram Mohamed on September 16, 2021 |
| BB-32g | | | Text messages from Aimee Bock to Ikram Mohamed on August 24, 2021 |
| BB-32h | | | Text messages from Aimee Bock to Ikram Mohamed on August 13, 2021 |
| BB-32i | | | Text messages from Aimee Bock to Ikram Mohamed on August 24, 2021 |
| BB-53 | | | 4 Excel files with password of 1729CCBock$ - Titles of FY19, FY20, FY21, FY22 Payment Distribution |
| BB-53a | | | Aimee Bock's FY20 Payment Distribution Screenshots |
| BB-53b | | | Aimee Bock's FY21 Payment Distribution Screenshots |
| BB-53c | | | Aimee Bock's FY22 Payment Distribution Screenshots |
| **CC – Search of Ikram Mohamed's Residence on August 6, 2024** | | | |
| CC-1 | | | Photographs from federal search warrant conducted on August 6, 2024 at Ikram Mohamed's residence at 3309 1st Street S, Minneapolis, MN |
| CC-2 | | | Text exchanges from Ikram Mohamed's cell phone |
| **DD – Other Summary Schedules** | | | |
| DD-1 | | | Agent created summary screenshots of monthly excel invoice files for United Youth, Inspiring Youth, Active Minds, Rattil, etc. with author "GANDI" |
| DD-2 | | | Agent created summary screenshots of monthly excel invoice files for United Youth with author "GANDI" |
| DD-3 | | | Agent created summary screenshots of Star Distribution invoice files with author "GANDI" |
| DD-4 | | | Agent created summary screenshots of Star Distribution invoice file for Oak Leaf with author "GANDI" |
| **LL – School District Records and Rosters** | | | |
| LL-1 | | | School district records (native Excel spreadsheets) |

| EX. # | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| LL-2 | | | Summary schedule of school district student enrollment |
| LL-3 | | | Summary schedule of meal rosters and school district enrollment comparison |

*The government reserves the right to introduce additional exhibits as the evidence develops and in rebuttal.*